AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00090 |
| GINA MICHELLE BISIGNANO | ) Assigned To : Faruqui, Zia M. |
|  | ) Assign. Date : 1/16/2021 |
|  | ) Description: Complaint w/ Arrest Warrant |
|  | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _January 6, 2021_ in the county of _____ in the _____ District of _Columbia_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) | Civil Disorder |
| 18 U.S.C. §1361 | Destruction of Government Property |
| 18 U.S.C. § 2 | Aiding and Abetting |
| 18 U.S.C. §1512(c)(2) | Obstruction of an Official Proceeding |
| 18 U.S.C. §1752(a)(1), (2), and (4) | Restricted Building or Grounds |
| 40 U.S.C. §5104(e)(2)(D) | Violent Entry or Disorderly Conduct |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

_____
Complainant's signature

Clarke Burns, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 01/16/2021

_____
Judge's signature
2021.01.16 18:50:05 -05'00'

City and state: Washington, DC

Zia M. Faruqui
United States Magistrate Judge
Printed name and title