# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**GINA MICHELLE BISIGNANO,**<br>       **Defendant.** | MAGISTRATE NO. 21-mj-90 (ZMF) |

## ORDER

Upon consideration of the Government's Motion for Emergency Stay and for Review of Detention Order as to defendant Gina Michelle Bisignano

It is this 19th day of January, 2021,

**ORDERED,** that the Motion for an Emergency Stay communicated via e-mail is hereby **GRANTED** and the release order entered by the Central District of California Magistrate Judge on January 19, 2021 as to defendant Gina Michelle Bisignano is **STAYED** pending review of the detention decision by this Court.

_____
BERYL A. HOWELL
Chief Judge

1