# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | CASE. NO. 21-cr-036 (CJN) |
| : | |
| GINA MICHELLE BISIGNANO, : | |
| : | |
| Defendant. : | |

## STATUS REPORT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submit this status report to the Court as requested on February 5, 2021.

1. Per order of the Court, the government has attached to this filing a copy of the transcript of the detention hearing, held on January 19, 2021, in the Central District of California.

2. The government believes a status in this case on Monday, February 8, 2021 is still appropriate, so the government can update the Court about the defendant's movement to the jurisdiction.

Respectfully submitted,

MICHAEL R. SHERWIN
United States Attorney
D.C. Bar No. 4444188

\_\_\_\_\_/s/_____
KIMBERLY L. PASCHALL
Assistant United States Attorney
D.C. Bar No. 1015665
555 4th Street, N.W.,
Washington, D.C. 20530
202-252-2650
Kimberly.paschall@usdoj.gov

1