### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-CR-00036 |
| | ) | |
| | ) | |
| GINA M. BISIGNANO | ) | |

**MOTION FOR ADMISSION OF A. CHARLES PERUTO, JR., ESQUIRE, *PRO HAC VICE***

Pursuant to Criminal Local Rule 44.1 (c) & (d), Defendant GINA M. BISGNANO moves for the admission and appearance of attorney Charles Peruto, Jr. *pro hac vice* in the above-captioned case. This motion is supported by the Declaration of Mr. Peruto, filed herewith. As set forth in Mr. Peruto's declaration, he is admitted and an active member in good standing in the following courts and bars for more than five (5) years:

1. The Commonwealth of Pennsylvania; and

2. United States District Court for the Eastern District of Pennsylvania.

This Motion is supported and signed by Robert L. Jenkins, Jr., an active and sponsoring member of the Bar of this Court.

Respectfully submitted,

BYNUM & JENKINS

DATED: 02/10/2021          By:     /s/*Robert L. Jenkins, Jr.*
                                   Robert L. Jenkins, Jr., Esquire
                                   U.S. District Court Bar No.: CO0003
                                   Bynum & Jenkins Law
                                   1010 Cameron Street
                                   Alexandria, VA 22314
                                   (703)309-0899 Telephone
                                   (703) 229-8652 Fax
                                   RJenkins@BynumAndJenkinsLaw.com
                                   Counsel for Defendant GINA M. BISIGNANO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL NO. 21-mj-00090 |
| ) | |
| ) | |
| GINA M. BISIGNANO ) | |

## CERTIFICATE OF SERVICE

I hereby certify on the 10th day of February, 2021, a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and in pursuant to the rules of the Clerk of Court.

DATED: 02/10/2021          /s/*Robert L. Jenkins, Jr.*
                           Robert L. Jenkins, Jr., Esquire