**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                      ) | CRIMINAL NO. 21-CR-00036 |
| ) | |
| ) | |
| GINA M. BISIGNANO                       ) | |

**<u>DECLARATION OF A. CHARLES PERUTO, JR., ESQUIRE</u>**

I, A. CHARLES PERUTO, JR., hereby declare:

1. My name, office address, and telephone number are as follows:

> A. Charles Peruto, Jr., Esquire
> PA Bar No. 30634
> 2016 Spruce Street
> Philadelphia, PA 19103
> (215)735-1010

2. I have been admitted to the following courts and bars for over five (5) years: The Supreme Court of the Commonwealth of Pennsylvania, and the United States District Court for the Eastern District of Pennsylvania.

3. I am currently in good standing with all states, courts, and bars in which I am admitted. I have never been subject to discipline, nor have been disciplined by any bar to which I am admitted or otherwise.

4. I have not been previously admitted *pro hac vice* in this Court, in the last two (2) years, or otherwise.

5. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

DATE: 02/10/2021               */s/ A. Charles Peruto, Jr.*
                                                A. CHARLES PERUTO, JR., ESQUIRE