**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

v.

GINA MICHELLE BISIGNANO,

*Defendant*.

Criminal Action No. 1:21-cr-00036 (CJN) (D.D.C.)
Criminal Action No. 2:21-mj-282 (DUTY) (C.D. CA)

**ORDER**

For the reasons stated on the record at the Motion Hearing held on February 26, 2021, it is hereby

**ORDERED** that Gina Bisignano is released from Grady County Jail in Chickasha, Oklahoma, subject to the conditions discussed during the February 26, 2021 Motion Hearing.

It is so **ORDERED**.

DATE: February 26, 2021

CARL J. NICHOLS
United States District Judge