## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | CRIMINAL NO. 21-mj-00090 |
| ) | |
| ) | |
| GINA M. BISIGNANO    ) | |

### NOTICE OF APPEARANCE

COMES NOW, A. Charles Peruto, Jr. who enters his appearance as *pro hac vice* counsel in the above captioned case.

LAW OFFICES OF A. CHARLES PERUTO, JR.

DATE: 02/10/2021        */s/ A. Charles Peruto, Jr.*
A. CHARLES PERUTO, JR., ESQUIRE, *Pro Hac Vice*
*Attorney for Defendant Gina M. Bisignano*
2016 Spruce Street
Philadelphia, PA 19103
(215)735-1010
acperuto@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CRIMINAL NO. 21-mj-00090 |
| ) | |
| ) | |
| GINA M. BISIGNANO  ) | |

## CERTIFICATE OF SERVICE

I hereby certify on the 10th day of February, 2021 a copy of same was delivered to the parties of record, by email pursuant to the Covid standing order and the rules of the Clerk Of Court.

                                    LAW OFFICES OF A. CHARLES PERUTO, JR.

DATE: 02/10/2021        */s/ A. Charles Peruto, Jr.*
                                    A. CHARLES PERUTO, JR., ESQUIRE
                                    *Pro Hac Vice Counsel for Gina M. Bisignano*