UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>**GINA MICHELLE BISIGNANO** :<br>:<br>Defendant. : | **Case No. 21-CR-036** |

### JOINT MOTION FOR CONTINUANCE OF TELECONFERENCE

TO THE HONORABLE CARL J. NICHOLS, JUDGE OF SAID COURT:

The Defendant, Gina Michelle Bisignano, jointly with the United States of America, by Kimberly L. Paschall, Assistant United States Attorney, respectfully move for a continuance of the teleconference scheduled for June 28, 2021, in the above captioned case. Both parties jointly propose a continuance date of July 6, 2021, or July 14, 2021, and in support thereof, aver as follows:

1. That, in reference to the above captioned case, a teleconference is presently scheduled for June 28, 2021.

2. That both counsel for the defense, A. Charles Peruto, Jr., Esquire, and the United States of America, by Kimberly L. Paschall, Assistant United States Attorney, have a scheduling conflict with the current date of the conference – June 28, 2021 – and are unavailable on this date.

3. Both parties have discussed this joint request for a continuance and agree on their availability for the teleconference to take place on a future date of July 6, 2021, or July 14, 2021.

WHEREFORE, for the foregoing reasons, both the Government and Defendant jointly request that this Court continue the teleconference currently set for June 28, 2021, to July 6, 2021, or July 14, 2021.

Dated: _____

| | |
|---|---|
| Respectfully submitted,<br>Channing D. Phillips<br>Acting United States Attorney | Respectfully submitted, |
| */s/ Kimberly L. Paschall*<br>By: _____<br>Kimberly L. Paschall<br>Assistant United States Attorney<br>D.C. Bar No. 1015665<br>555 4th Street, N.W., Room 4116<br>Washington, D.C. 20530<br>T: 202-252-2650<br>Email: Kimberly.Paschall@usdoj.gov | */s/ Charles Peruto, Jr.*<br>By: _____<br>A. Charles Peruto, Jr. Esquire<br>Attorney for Defendant<br>2016 Spruce Street<br>Philadelphia, PA 19103<br>T: 215-735-1010/F: 215-545-6138<br>Email: chuck@peruto.com |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : **Case No. 21-CR-036** |
| **Plaintiff,** | : |
| | : |
| **v.** | : |
| | : |
| **GINA MICHELLE BISIGNANO** | : |
| | : |
| **Defendant.** | : |

## CERTIFICATE OF SERVICE

I, A. Charles Peruto, Jr., Esquire, hereby certify that a true and correct copy of the foregoing Motion has been served upon the following by first-class mail, and/or electronic filing, and is available for viewing and downloading from the ECF system:

        Kimberly L. Paschall
        Assistant United States Attorney
        D.C. Bar No. 1015665
        555 4th Street, N.W., Room 4116
        Washington, D.C. 20530
        T: 202-252-2650
        Email: Kimberly.Paschall@usdoj.gov

| | |
|---|---|
| **June 24, 2021** | */s/ A. Charles Peruto, Jr.* |
| Dated: _____ | By: _____ |
| | A. Charles Peruto, Jr. Esquire |
| | Attorney for Defendant |
| | 2016 Spruce Street |
| | Philadelphia, PA 19103 |
| | T: 215-735-1010/F: 215-545-6138 |
| | Email: chuck@peruto.com |