**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 21-CR-036** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **GINA MICHELLE BISIGNANO** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT MOTION FOR CONTINUANCE OF TELECONFERENCE**

TO THE HONORABLE CARL J. NICHOLS, JUDGE OF SAID COURT:

The Defendant, Gina Michelle Bisignano, jointly with the United States of America, by Kimberly L. Paschall, Assistant United States Attorney, respectfully move for a continuance of the teleconference scheduled for June 28, 2021, in the above captioned case. Both parties jointly propose a continuance date of July 6, 2021, and in support thereof, aver as follows:

1. That, in reference to the above captioned case, a teleconference is presently scheduled for June 28, 2021.

2. That both counsel for the defense, A. Charles Peruto, Jr., Esquire, and the United States of America, by Kimberly L. Paschall, Assistant United States Attorney, have a scheduling conflict with the current date of the conference – June 28, 2021 – and are unavailable on this date.

3. Both parties have discussed this joint request for a continuance and agree on their availability for the teleconference to take place on a future date of July 6, 2021.

The parties stipulate that time is ruled excludable from June 28, 2021, to July 6, 2021, for speedy trial purposes, pursuant to 18 U.S.C. § 3161.

WHEREFORE, for the foregoing reasons, both the Government and Defendant jointly request that this Court continue the teleconference currently set for June 28, 2021, to July 6, 2021.

**June 25, 2021**
Dated: _____

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Channing D. Phillips | |
| Acting United States Attorney | |
| | |
| */s/ Kimberly L. Paschall* | */s/ Charles Peruto, Jr.* |
| By: _____ | By: _____ |
| Kimberly L. Paschall | A. Charles Peruto, Jr. Esquire |
| Assistant United States Attorney | Attorney for Defendant |
| D.C. Bar No. 1015665 | 2016 Spruce Street |
| 555 4th Street, N.W., Room 4116 | Philadelphia, PA 19103 |
| Washington, D.C. 20530 | T: 215-735-1010/F: 215-545-6138 |
| T: 202-252-2650 | Email: chuck@peruto.com |
| Email: Kimberly.Paschall@usdoj.gov | |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : Case No. 21-CR-036 |
| **Plaintiff,** | : |
| | : |
| v. | : |
| | : |
| **GINA MICHELLE BISIGNANO** | : |
| | : |
| **Defendant.** | : |

## CERTIFICATE OF SERVICE

I, A. Charles Peruto, Jr., Esquire, hereby certify that a true and correct copy of the foregoing Motion has been served upon the following by first-class mail, and/or electronic filing, and is available for viewing and downloading from the ECF system:

> Kimberly L. Paschall
> Assistant United States Attorney
> D.C. Bar No. 1015665
> 555 4th Street, N.W., Room 4116
> Washington, D.C. 20530
> T: 202-252-2650
> Email: Kimberly.Paschall@usdoj.gov

| | |
|---|---|
| **June 25, 2021** | */s/ A. Charles Peruto, Jr.* |
| Dated: _____ | By: _____ |
| | A. Charles Peruto, Jr. Esquire |
| | Attorney for Defendant |
| | 2016 Spruce Street |
| | Philadelphia, PA 19103 |
| | T: 215-735-1010/F: 215-545-6138 |
| | Email: chuck@peruto.com |