UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | :    **CASE NO. 21-CR-036 (CJN)** |
| v. | : |
| | : |
| **GINA MICHELLE BISIGNANO,** | : |
| | : |
| **Defendant.** | : |

# ORDER

In light of the government's Motion to Unseal, and the entire record herein, this Court grants the government's Motion, and the August 4, 2021 proceedings and related papers are unsealed.

Date: _____

_____
CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE
DISTRICT OF COLUMBIA