## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *v.* | : | Criminal Action No. 1:21-cr-00036-CJN-1 |
| | : | |
| GINA M. BISIGNANO | : | |

### ORDER

Upon consideration of Defendant's Motion to Withdraw Guilty Plea as to Count 1 of the Indictment, and for good cause shown, it is hereby ORDERED that Defendant's Motion to Withdraw Guilty Plea as to Count One of the Indictment is GRANTED; and it is

FURTHER ORDERED that the Clerk forward a copy of this Order to all counsel of record.

SO ORDERED this _____ day of _____, 2022.

_____
Carl John Nichols
United States District Court Judge