## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| *v.* | :    **Case No. 21-CR-036** |
| | : |
| **GINA M. BISIGNANO** | : |

### DEFENDANT'S REPLY TO THE GOVERNMENT'S OPPOSITION TO THE MOTION TO WITHDRAW GUILTY PLEA AS TO COUNT 1 OF THE INDICTMENT

Defendant Gina M. Bisignano ("Bisignano" or "Defendant"), by and through her undersigned counsel, A. Charles Peruto, Jr., respectfully submits this Reply to the Government's Opposition to the Motion to Withdraw Guilty Plea as to Count One of the Indictment, and states as follows:

### I. FACTS

On August 4, 2021, Ms. Bisignano executed a plea agreement with the United States and entered an unconditional guilty plea as to all Counts, with the exception of Count 3, including Count 1, violation of 18 U.S.C. § 1512(c)(2) and § 2. As a result, the Court vacated the trial date.

Ms. Bisignano now moves the Court to withdraw her guilty plea as to Count 1 of the Indictment, violating 18 U.S.C. § 1512(c)(2) and § 2, corruptly obstructing, influencing, or impeding an official proceeding.

In the Government's Opposition to Ms. Bisgnano's Motion to Withdraw Guilty Plea as to Count 1 of the Indictment, the Government asserts that that the Defendant unreasonably delayed the filing of her motion to withdraw the plea for months. This claim is without merit. Additionally, the Government will not be prejudiced by this delay.

Months ago, counsel for the Defendant asked AUSA Kim Paschall whether or not the Defendant would be receiving a downward departure for her cooperation. *See Exhibit A*, letter to

AUSA Kim Paschall dated March 9, 2022, and *Exhibit* B, email correspondence between counsel's office and AUSA Paschall on the dates of March 9, 2022, April 19, 2022, and April 21, 2022. AUSA Paschall responded that she would get back to counsel regarding his letter and inquiry. The impression left by AUSA Paschall was that a motion for downward departure would be filed by the Government if the circumstances warranted. On April 19, 2022, upon not hearing anything from AUSA Paschall, counsel followed up via email regarding his letter and inquiry as to whether the Defendant would be receiving a downward departure. *See Exhibit B.* AUSA Paschall wrote back to counsel via email on April 21, 2022, apologizing for the delay. *Id.*

Subsequent to the Defendant's guilty plea on August 4, 2021, this case had three (3) status conference dates with the Court – September 16, 2021, December 14, 2021, and March 4, 2022. AUSA Paschall participated in the status conferences, however, she still failed to respond to counsel's inquiry regarding whether or not the Defendant would be receiving a downward departure.

Literally, months went by, and Mr. Peruto never received a motion for downward departure or an update on this issue, yet sentencing was scheduled for July 12, 2022. One of the reasons the Motion to Withdraw Guilty Plea as to Count 1 of the Indictment was filed so late is that the Defendant began engaging in meaningful cooperation, warranting a downward departure under United States Sentencing Guideline 5K1.1, as soon as she was released from custody, and never stopped. Counsel for Bisignano never received the motion for downward departure and wasted months waiting.

## II. ARGUMENT

This Court is mindful that the Supreme Court has held that "[s]ociety has a particular

2

interest in bringing swift prosecutions, and society's representatives are the ones who should protect that interest." *Barker v. Wingo*, 407 U.S. 514, 527, 92 S. Ct. 2182, 33 L. Ed. 2d 101 (1972). However, this delay in filing the Motion to Withdraw Guilty Plea as to Count 1 of the Indictment is solely attributable to the Government's inaction, and any further delay would not prejudice the United States of America.

**WHEREFORE**, for the foregoing reasons, and any others that may become apparent to the Court, Defendant respectfully request that her Motion to Withdraw Guilty Plea be **GRANTED**.

Respectfully submitted,

BYNUM & JENKINS

DATED: 6/14/2022    By:    /s/*Robert L. Jenkins, Jr.*
ROBERT L. JENKINS, ESQUIRE
U.S. District Court Bar No.: CO0003
1010 Cameron Street
Alexandria, VA 22314
(703) 309-0899
RJenkins@BynumAndJenkinsLaw.com


LAW OFFICES OF A. CHARLES PERUTO, JR.

DATED: 06/14/2022    By:    /s/*A. Charles Peruto, Jr.*
A. CHARLES PERUTO, JR., ESQUIRE
*Pro Hac Vice*
Pa. Bar. No. 30634
2016 Spruce Street
Philadelphia, PA 19103
(215) 735-1010
chuck@peruto.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| *v.* | :    **Case No. 21-CR-036:** |
| | : |
| **GINA M. BISIGNANO** | : |

## CERTIFICATE OF SERVICE

I hereby certify on the 10th day of June, 2022, a copy of same was electronically filed using the CM/ECF system and thus delivered to the parties of record and in pursuant to the rules of the Clerk of Court:

        AUSA Kimberly L. Paschall
        D.C. Bar No. 1015665
        555 4th Street, N.W., Room 4116
        Washington, D.C. 20530
        Phone: 202-252-2650
        Email: Kimberly.paschall@usdoj.gov

                              Respectfully submitted,

                              BYNUM & JENKINS

DATED: 6/14/2022            By:    */s/Robert L. Jenkins, Jr.*
                                       ROBERT L. JENKINS, ESQUIRE
                                       U.S. District Court Bar No.: CO0003
                                       1010 Cameron Street
                                       Alexandria, VA 22314
                                       (703) 309-0899
                                       RJenkins@BynumAndJenkinsLaw.com

                              LAW OFFICES OF A. CHARLES PERUTO, JR.

DATED: 06/14/2022          By:    */s/A. Charles Peruto, Jr.*
                                       A. CHARLES PERUTO, JR., ESQUIRE
                                       *Pro Hac Vice*
                                       Pa. Bar. No. 30634
                                       2016 Spruce Street
                                       Philadelphia, PA 19103
                                       (215) 735-1010