# EXHIBIT B

 Gmail                                      **Jackie Gruhler <jackie.perutolaw@gmail.com>**

## USA v. Bisignano (21-CR-36)
5 messages

---

**Aisha Davis** <aisha@peruto.com>                                    Wed, Mar 9, 2022 at 3:17 PM
To: "Paschall, Kimberly (USADC)" <kimberly.paschall@usdoj.gov>
Cc: "A. Charles Peruto, Jr." <chuck@peruto.com>, Jackie Gruhler <jackie.perutolaw@gmail.com>

AUSA Paschall,

Please see attached correspondence from Mr. Peruto.

Best regards,


**Legal Assistant**
**Law Offices of A. Charles Peruto, Jr.**
**2016 Spruce Street**
**Philadelphia, PA  19103**
**215.735.1010**
**215.545.6138 (fax)**


\*CONFIDENTIALITY NOTICE\*
The information in this email is intended only for the person or entity to whom it is addressed. It may be legally
privileged and/or confidential and is intended only for the use of the addressee(s). No addressee should forward,
print, copy, or otherwise reproduce this message in any manner that would allow it to be viewed by any individual
not originally listed as a recipient. If the reader of this message is not the intended recipient, you are hereby
notified that any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in
reliance on the information herein is strictly prohibited. If you have received this communication in error, please
immediately notify the sender and delete this message.

📄 **Paschall Ltr 0309.pdf**
   113K

---

**Paschall, Kimberly (USADC)** <Kimberly.Paschall@usdoj.gov>              Wed, Mar 9, 2022 at 3:21 PM
To: Aisha Davis <aisha@peruto.com>
Cc: "A. Charles Peruto, Jr." <chuck@peruto.com>, Jackie Gruhler <jackie.perutolaw@gmail.com>


Aisha,


Thank you. I am in receipt. I will reach out to discuss when I am able. It may take me a day or two to respond.


Thanks,


Kim Paschall

*Kimberly Paschall*

*Assistant United States Attorney*

*U.S. Attorney's Office- District of Columbia*

*555 Fourth Street NW*

*Washington, DC 20530*

*202-252-2650*

[Quoted text hidden]

---

**Aisha Davis** <aisha@peruto.com>                                    Wed, Mar 9, 2022 at 3:22 PM
To: "Paschall, Kimberly (USADC)" <Kimberly.Paschall@usdoj.gov>
Cc: "A. Charles Peruto, Jr." <chuck@peruto.com>, Jackie Gruhler <jackie.perutolaw@gmail.com>

You're welcome and thank you!

*Aisha J. Davis*
**Legal Assistant**
**Law Offices of A. Charles Peruto, Jr.**
**2016 Spruce Street**
**Philadelphia, PA  19103**
**215.735.1010**
**215.545.6138 (fax)**

\*CONFIDENTIALITY NOTICE\*
The information in this email is intended only for the person or entity to whom it is addressed. It may be legally privileged and/or confidential and is intended only for the use of the addressee(s). No addressee should forward, print, copy, or otherwise reproduce this message in any manner that would allow it to be viewed by any individual not originally listed as a recipient. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is strictly prohibited. If you have received this communication in error, please immediately notify the sender and delete this message.

[Quoted text hidden]

---

**Chuck Peruto** <chuck@peruto.com>                                    Tue, Apr 19, 2022 at 2:04 PM
To: Aisha Davis <aisha@peruto.com>
Cc: "Paschall, Kimberly (USADC)" <Kimberly.Paschall@usdoj.gov>, Jackie Gruhler <jackie.perutolaw@gmail.com>

Kim, I'm worried about the delay here.You advised you would discuss, but that was over a month ago!
[Quoted text hidden]
--
*A. Charles Peruto, Jr.*
[Quoted text hidden]

---

**Paschall, Kimberly (USADC)** <Kimberly.Paschall@usdoj.gov>           Thu, Apr 21, 2022 at 9:54 AM
To: Chuck Peruto <chuck@peruto.com>, Aisha Davis <aisha@peruto.com>
Cc: Jackie Gruhler <jackie.perutolaw@gmail.com>

Chuck,

I apologize for the delay; I've been dealing with quite a bit on my end. I will circle back when able.

Thanks,


Kim

[Quoted text hidden]