IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,

    v.                                Case No.:       1:21-cr-00209-LO-1

DAQUAN TEAMER,
    Defendant.

## MOTION TO CONTINUE SENTENCING HEARING

Comes now counsel for the defendant, DAQUAN TEAMER, and moves this Honorable Court to continue the change of plea hearing date in the above-captioned matter. In support of which, counsel states the following:

1. This matter is currently set for a sentencing hearing on June 24, 2022.

2. Undersigned counsel is currently engaged in a multi-defendant RICO/homicide matter before the United States District Court for the Eastern District of Virginia before Judge Alston. His participation in that matter will preclude his appearance for the scheduled sentencing hearing set for the instant matter.

3. Counsel has conferred with government counsel concerning this request. The government does not oppose the granting of the instant motion.

4. Counsel respectfully requests that the matter be continued to July 1, 2022.

I Ask For This:

_____
Robert L. Jenkins, Jr., Esq.
Virginia State Bar No.: 39161
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 229-8652 Fax

RJenkins@BynumAndJenkinsLaw.com
Counsel for the Defendant DAQUAN TEAMER

## CERTIFICATE OF SERVICE

      I hereby certify that I caused a true and accurate copy to be served on all counsel of record via ECF on this June 17, 2022.

_____
Robert L. Jenkins, Jr., Esq.
Virginia State Bar No.: 39161
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 229-8652 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for the Defendant DAQUAN TEAMER