# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : CASE NO. 21-CR-036 (CJN) |
| | : |
| **GINA BISIGNANO,** | : |
| | : |
| **Defendant.** | : |

## RESPONSE TO COURT ORDER

The United States of America and the defendant, by and through her attorney, now respond to the Court's order from April 28, 2023. The parties can be available in person after 11:00 am on May 4, 2023 or May 5, 2023. Therefore, the parties would request an in-person hearing after 11:00 am on May 4, 2023 or May 5, 2023 to address pending matters

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney

    ___/s/_____
    KIMBERLY L. PASCHALL
    Assistant United States Attorney
    National Security Section
    D.C. Bar 1015665
    U.S. Attorney's Office
    601 D Street NW
    Washington, D.C. 20530
    202-252-2650
    Kimberly.Paschall@usdoj.gov