UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CASE NO. 21-CR-36-CJN |
| v. | : | |
| | : | |
| **GINA MICHELLE BISIGNANO,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Trial Attorney Anthony W. Mariano hereby enters his appearance in the above referenced matter on behalf of the United States.

        Respectfully submitted,

        MATTHEW GRAVES
        United States Attorney
        DC Bar No. 481052

By:    */s/ Anthony W. Mariano*
        Anthony W. Mariano
        MA Bar No. 688559
        Trial Attorney, Detailee
        United States Attorney's Office
        for the District of Columbia
        601 D Street NW
        Washington, DC 20579
        (202) 476-0319
        Anthony.Mariano2@usdoj.gov

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that, on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendants.

                                                */s/ Anthony W. Mariano*
                                                Anthony W. Mariano
                                                MA Bar No. 688559
                                                Trial Attorney, Detailee
                                                United States Attorney's Office
                                                for the District of Columbia
                                                601 D Street NW
                                                Washington, DC 20579
                                                (202) 476-0319
                                                Anthony.Mariano2@usdoj.gov