# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No.: 21-cr-036 (CJN) |
| | : | |
| GINA BISIGNANO | : | |
| Defendant. | : | |
| | : | |

## STATUS REPORT REGARDING
## PROPOSED PRETRIAL SCHEDULE

The United States of America hereby submits the following status report regarding a pretrial schedule in this matter. Pursuant to this Court's instructions at the May 4, 2023, status conference, the parties have communicated regarding a mutually agreeable pretrial schedule and have agreed to the schedule set out in the attached proposed order.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:     /s/
ANTHONY W. MARIANO
MA Bar No. 688559
Trial Attorney, Detailee
KIMBERLY L. PASCHALL
D.C. Bar No. 1015665
Assistant United States Attorney
Capitol Siege Section
601 D Street, N.W.,
Washington, D.C. 20530
(202) 476-0319
Anthony.Mariano2@usdoj.gov
(202) 252-2650
Kimberly.Paschall@usdoj.gov

1