# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>    *v.*                               )<br>)<br>)<br>GINA M. BISIGNANO             ) | No.: 21-cr-036 (CJN) |

## **DEFENDANT'S WAIVER OF JURY TRIAL PURSUANT TO RULE 23(a)**

Pursuant to Federal Rule of Criminal Procedure 23(a), the Defendant, Gina M. Bisignano, by and through her undersigned counsels of record, hereby waives her right to a jury trial in this matter, subject to the Government's consent and Court approval.

                                        Respectfully submitted,

                                        BYNUM & JENKINS

DATED: 05/18/2023          By:    /s/*Robert L. Jenkins, Jr.*
                                               ROBERT L. JENKINS, ESQUIRE
                                               *Attorney for the Defendant*
                                               U.S. District Court Bar No.: CO0003
                                               1010 Cameron Street
                                               Alexandria, VA 22314
                                               (703)309-0899
                                               Email: RJenkins@BynumAndJenkinsLaw.com

                                               LAW OFFICES OF A. CHARLES PERUTO, JR.

DATED: 05/18/2023                          */s/ A. Charles Peruto, Jr.*
                                               A. CHARLES PERUTO, JR., ESQUIRE,
                                               *Pro Hac Vice*
                                             *Attorney for Defendant*
                                             2016 Spruce Street
                                             Philadelphia, PA 19103
                                             (215)735-1010
                                             Email: acperuto@gmail.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )  )  ) | |
| v.                  ) | No.: 21-cr-036 (CJN) |
|                       )  )  ) | |
| GINA M. BISIGNANO    ) | |

**CERTIFICATE OF SERVICE**

I hereby certify on the 18th day of May, 2023 a copy of same was delivered to the parties of record, by email pursuant to the Covid standing order and the rules of the Clerk of Court:

>KIMBERLY L. PASHALL
>Assistant United States Attorney
>D.C. Bar No. 1015665
>555 4th Street, N.W.
>Room 4116
>Washington, D.C. 20530
>T: 202-252-2650
>Email: Kimberly.Paschall@usdoj.gov


>LAW OFFICES OF A. CHARLES PERUTO, JR.

DATE: 05/18/2023

>/s/ A. Charles Peruto, Jr.
>A. CHARLES PERUTO, JR., ESQUIRE
>*Pro Hac Vice Counsel for Defendant*
>*Gina M. Bisignano*