**EXHIBIT "1"**

From: Barry Silbermann pergamum.bsilbermann@gmail.com
Subject: Re: [EXTERNAL] Gina Bisignano DC Prior Court Appearance
Date: February 26, 2023 at 11:38 PM
To: Chuck Peruto, Jr. chuck@peruto.com
Cc: Aisha Davis aisha@peruto.com
Bcc: Barry D. Silbermann pergamum.bsilbermann@gmail.com

Chuck,

OUR client was interrogated by the AUSA and another attorney today in DC and you were not present when they met with her. One of the attorneys attempted to coerce Gina into a false confession against her interest. There is no excuse for Gina to have met with them today without you present virtually.

*Your failing to be present with her is not acceptable.*

Until today, I have acceded to your request to stay out of Gina's criminal matter particularly with the amount you have been paid.

I have understood that your statement of your job to Gina and me, is "to keep Gina from going back to prison," has been predicated not on legal acumen, but on your belief that you have a strong personal relationship with the prosecutor so she will agree to lift sentencing guide lines to the court and recommend Gina be given time served at sentencing. If that is not correct, I need to know that and what is instead.

But the ASUA and the other attorney who interrogated Gina to coerce an admission committed serious ethical Bar violations today. by proceeding without you present on a Sunday. Even if they asked Gina if it was okay. It was not okay so I intend to file Bar coplaints against all the attorneys in that room.

**I now need to be advised by you as to exactly what is scheduled for Gina this week.**

I think you need to tell the ASUA there will be no more meetings with Gina, she will testify. That's it.

**I need to know that you will be present virtually in the court room and I would like the link to do the same.**

**If for any reason there is another or any more meetings with the ASUA prior against my advice, then arrange for me to be present virtually also.**

<u>Then after this week, we will schedule another three way Zoom and you will explain exactly what your plan is and timing of the process</u>. At that time, after I assess what your plan is, I will advise you on any input I may have.

I have gained a certain degree of acceptance in the January 6 defendant and legal counsel community that I did not seek.
 "You are 100%.

 The guys in the DC Gulag are so excited about you.

 We are going to win this. Whatever it takes."

Now I don't want Gina at risk for any more jail time than you do.

12
DEFENDANT'S STATUS REPORT ON FINDNG NEW COUNSEL

But after today, I am not leaving that up to whether or not Kimberly and you are getting along. Gina is OUR client. I am her general counsel trying to help her get her business going, her life in order and whatever will happen in her civil suits against all defendants.

Please acknowledge your agreement to cooperate with me.  Thank you.

Barry
Barry D. Silbermann
Law Offices of Barry D. Silbermann
3896 Carpenter Avenue
Studio City, CA 91604
Tel: (310) 702-6699
bdspc@aol.com

Attorney Barry D. Silbermann has held an AV Preeminent™ Rating, highest peer review rating in legal ability & ethical standards in the practice of law by Martindale-Hubbell for 22 years (2001-2023).  This email is a confidential, attorney client, work product privileged communication intended only for the addressee.  If you have received this email in error, call (310) 702-6699 and delete it completely from your files.

On Jan 11, 2023, at 9:50 AM, Chuck Perulo <chuck@perulo.com> wrote:

This needed to be handled my way. Now a decision has been made

Sent from my iPhone

pergamum.bsilbermann@gmail.com

13
DEFENDANT'S STATUS REPORT ON FINDNG NEW COUNSEL

[illegible address block]
bdspc@aol.com
pergamum.bsilbermann@gmail.com

From: [illegible] Tonya.Jones@usdoj.gov
Date: [illegible]
To: [illegible] ginabisignano@yahoo.com   chuck@peruto.com lindsey@peruto.com
Cc: [illegible] pergamum.bsilbermann@gmail.com [illegible] aidha@peruto.com
Subject: RE: [EXTERNAL] Re: Gina Bisignano Travel & Reimbursement for Prior Court Appearance Travel

Good afternoon, All

[illegible paragraph]

Tonya

From: Gina Bisignano <ginabisignano@yahoo.com>
Sent: Tuesday, January 10, 2023 9:56 AM
To: Chuck Peruto <chuck@peruto.com>; Lindsey Peruto <lindsey@peruto.com>
Cc: Brian Silbermann <pergamum.bsilbermann@gmail.com>; Jones, Tonya (USA) <TJones11@usa.doj.gov>; [illegible] aidha@peruto.com
Subject: [EXTERNAL] Re: Gina Bisignano [illegible]

[illegible]
Thank you

**Sent from Yahoo Mail for iPhone**

On Tuesday, January 10, 2023, 6:29 AM, Chuck Peruto <chuck@peruto.com> wrote:

> This letter is not [illegible]
> [illegible]
> and [illegible] out of [illegible]
>
> [illegible] Peruto
>
> [illegible] Jan 10, 2023 at [illegible]    lindsey@peruto.com

wrote:
>
> [illegible] Aisha [illegible] **Aisha@peruto.com**
>
> Sent from [illegible]
>
> On [date] 2023 at [time] [illegible]
> **pergamum.bsilbermann@gmail.com**
>
>> Dear Ms. [illegible]
>>
>> In follow up to my call to you on [date], [and] the recent attachment [received] from Matthew M. Graves, United States Attorney, cc Kimberly L. Paschall, AUSA, this is to confirm my request, on behalf of my client Gina Bisignano, that you please:
>>
>> A. [illegible]
>>
>> [illegible several lines]
>>
>> You may contact Aisha Peruto at [phone], at the Office of A. Charles Peruto, Jr. Ms. Bisignano will be in touch for reimbursement records.
>>
>> You may also [illegible] directly at [phone] [illegible]
>>
>> My contact [illegible] Counsel and [illegible] matter [illegible] Philly Superior Court [illegible] [re]covering from foot [surgery] [illegible] assistance with the AUSA [illegible] requested.
>>
>> Thank you for your assistance [illegible] after this morning.
>>
>> Sincerely,
>>
>> Barry
>> Barry [illegible]
>> [illegible]
>> [illegible]
>> Sioux City [illegible]
>> **bdspc@aol.com**
>> pergamum.bsilbermann@gmail.com

15
DEFENDANT'S STATUS REPORT ON FINDNG NEW COUNSEL

>> pergamum.bsilbermann@gmail.com
>> Tel: (310) 702-6699
>> Sent from my iPhone
>>
>>
>>
>>
>>
>>
>> Barry
>> Barry D. Silbermann, BSIE, JD
>> Law Office of Barry D. Silbermann
>> 3806 Carpenter Avenue
>> Studio City, CA 91604
>> bdspc@aol.com
>> pergamum.bsilbermann@gmail.com
>> Tel: (310) 702-6699
>> Sent from my iPhone