**EXHIBIT "2"**

From: Barry Silbermann pergamum.bsilbermann@gmail.com
Subject: Re: I startes to walk to meet her in the rain first night
Date: March 22, 2023 at 4:49 PM
To: Chuck Peruto, Jr. chuck@peruto.com
Bcc: Barry D. Silbermann pergamum.bsilbermann@gmail.com, E Patrick Miller, MA epm449@gmail.com

Chuck,

The only thing that counts is that you read or hear what I say to you.

Your treatment of Gina has been abusive, unprofessional and unfair to her. Ease up and communicate with her, two-way.

Three points to underscore:

1. I said that I have a clinical psychological analysis of Gina. It is imperative that this information be presented to the court.

   This information is not bullshit and not to be ignored. You are her counsel. It is your responsibility. I am too. So I have to determine how it will get in front of Judge Nichols. Let Gina know what your plan is.

   > My observation was that Gina's attention span is short and she exhibits distractibility. The psychologist said I was correct and has thus far also said

   - You cannot send a women with her mental state on medications to prison or she might become a danger to herself. She needs ongoing therapy, not jail.
   - Gina doesn't process information well. Her cognitions are loose, disorganized.
   - Executive functioning in her brain is impaired.

2. You have expressed trust that your working relationship with Kimberly Pasqual is as good as you represent.   Only you know why, as her current record is to the contrary.

   The AUSA already has a conflict of interest. She interrogated Gina without you there. Her report to the court implies upset with Gina after her testimony. Gina told her that Gina would tell the truth. Then she told Gina she could go where she wants after trial.

   How will you be able to aggressively cross examine the AUSA at a conditions hearing? Is reaching a no hearing agreement possible on a conditions modification (i.e. stay in California where Gina is making good progress and ease up on her use of social media to raise funds)

3. You need to listen to what Gina has to say. She wants to talk to Judge Nichols which only you can arrange. Let Gina tell you what she wants the judge to hear from her.

You don't know my experience. My first called to the scene from doing contracts regarded an MD alleged to have strangled a baby spontaneously delivered by a saline abortion that the Sheriff was at a client hospital investigating, I stopped questioning of one nurse. I got the MD suspended even though I was up against Charles Weedman. The MD went through two hung jury trials for murder. I did successful medical staff peer review hearings for 15 years. I did UCMJ Captains Mast and as Command Duty Officer ordered the Master-At-Arms to send sailors to the brig on my ship. I agree that I am not a criminal lawyer and defer. But I am a damn good strategic lawyer. Gina is on a good path. She needs your best.

Barry
Barry D. Silbermann
Law Offices of Barry D. Silbermann
3896 Carpenter Avenue
Studio City, CA 91604
Tel: (310) 702-6699
bdspc@aol.com

Attorney Barry D. Silbermann has held an AV Preeminent™ Rating, highest peer review rating in legal ability & ethical standards in the practice of law by Martindale-Hubbell for 22 years (2001-2023). This email is a confidential, attorney client, work product privileged communication intended only for the addressee. If you have received this email in error, call (310) 702-6699 and delete it completely from your files.

On Mar 18, 2023 at 6:13 AM, Barry Silbermann <pergamum.bsilbermann@gmail.com> wrote:

Chuck,

Gina needs your advocacy and support for her to be fairly heard by Judge Nichols regarding Gina's alleged conditions violation hearing.

I have input you need to have but have to leave shortly for Torah Minyan every Saturday.

I will send you an email late today

Barry
Barry D. Silbermann
Law Offices of Barry D. Silbermann
3896 Carpenter Avenue
Studio City, CA 91604
Tel: (310) 702-6699
bdspc@aol.com

19
DEFENDANT'S STATUS REPORT ON FINDNG NEW COUNSEL

Attorney Barry D. Silbermann has held an AV Preeminent™ Rating, highest peer review rating in legal ability & ethical standards in the practice of law by Martindale-Hubbell for 22 years (2001-2023). This email is a confidential, attorney-client, work product privileged communication intended only for the addressee. If you have received this email in error, call (310) 702-6699 and delete it completely from your files.