**EXHIBIT "3"**

From: Barry Silbermann pergamum.bsilbermann@gmail.com
Subject: Re: Status Update Request. Gina's May 4, 2023 Appearance
Date: April 23, 2023 at 3:19 PM
To: Chuck Peruto, Jr. chuck@peruto.com
Cc: Gina Bisignano ginabisignano@icloud.com, Aisha Davis aisha@peruto.com
Bcc: Barry D. Silbermann pergamum.bsilbermann@gmail.com

Chuck,

The short notice for Gina to appear at a hearing on May 4 raises some immediate issues which have not been made clear to Gina and she is afraid to ask you for fear you will yell at her. That's not okay.

Please do not be short with Gina and do not yell at her and take the time to explain what she is entitled to know from you, and understand.

So I will ask so that I may have the courtesy of some clarity:

   1.   If the travel to DC is a hardship for Gina, why isn't the government covering her travel still and you advancing until the government reimburses?

   2.   I understand from Gina that you do not expect a revocation of her bail if this is a conditions hearing. Is that correct? If that's the case why is Gina not being okayed by AUSA to appear by Zoom? That's concerning in light of a "withdrawal motion.". This also needs an immediate reply please.

   3.   The AUSA's email says the Circuit reversed Judge Nichols on Miller and Fischer as to 1512 hence setting pretrial dates.

       I am trying to ascertain if Lang and the others plan to have the decision reviewed en Banc and then to the Supreme Court. Why the rush to trial then?

       Also, my read of the decision, Gina and all of the others can file there own appeal on 1512 on the issues of intent, which as was already approached, she was not capable of forming. Please clarify. For Gina, this important status issue.

Thank you.

Barry
Barry D. Silbermann
Law Offices of Barry D. Silbermann
3896 Carpenter Avenue
Studio City, CA 91604
Tel: (310) 702-6699
bdspc@aol.com

Attorney Barry D. Silbermann has held an AV Preeminent™ Rating, highest peer review rating in legal ability & ethical standards in the practice of law by Martindale-Hubbell for 22 years (2001-2023). This email is a confidential, attorney client, work product privileged communication intended only for the addressee. If you have received this email in error, call (310) 702-6699 and delete it completely from your files.

On Apr 5, 2023, at 1:40 PM, Barry Silbermann - pergamum.bsilbermann@gmail.com - wrote:

Chuck

22
DEFENDANT'S STATUS REPORT ON FINDNG NEW COUNSEL

Chuck,

My intervention is based on the degree of uncertainty, that you don't seem to have, as created by Judge Amy Berman Jackson's comments regarding Gina as a witness, that is disconcerting to Gina about whether there is to be a pending status hearing or not, and its effect on the prosecutor and the court that needs to be addressed with her.

Is the confidence you expressed that the prosecutor being agreeable with such certainty that she will agree to:

A.   Withdraw any allegation to the court of conditions violation by Gina to preclude any pending hearing;

B.   Updating the conditions with the court to remove the erroneous move from CA to PA provision and allow Internet use for Gina to try to raise needed funds;

C.   Dismissing the aiding and abetting charge in addition to the 1512 charge;

D.   Waiving application of sentencing guidelines so that Gina has time served with no further time.

Please set a time that you will call Gina tomorrow to discuss these issues and their status with her so that she is not caused further undue distress from the uncertainty of status.

Judge Jackson's, unseemly comment of calling Gina a "hot mess", which has greatly upset Gina, as she told the truth and was nicely attired, is consistent with the assessment I have provided you of Gina's state of mind and that she needs therapy not going to prison. You have assured her that that is what you intend as an outcome. Thank you.

Barry
Barry D. Silbermann
Law Offices of Barry D. Silbermann
3896 Carpenter Avenue
Studio City, CA 91604
Tel: (310) 702-6699
bdspc@aol.com

Attorney Barry D. Silbermann has held an AV Preeminent™ Rating, highest peer review rating in legal ability & ethical standards in the practice of law by Martindale-Hubbell for 22 years (2001-2023). This email is a confidential, attorney client, work product privileged communication intended only for the addressee. If you have received this email in error, call (310) 702-6699 and delete it completely from your files.