AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATEES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-cr-00036-CJN-1 |
| GINA M. BISIGNANO | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Gina M. Bisignano                                                                .

Date:   07/21/2023

/s/ Jonathan Aminoff
*Attorney's signature*

Jonathan Aminoff CA SB#25290
*Printed name and bar number*

Office of the Federal Public Defender
321 E 2nd St, Los Angeles
CA 90012-4202

*Address*

jonathan_aminoff@fd.org
*E-mail address*

(213) 894-5374
*Telephone number*

(213) 894-0310
*FAX number*