AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:21-cr-00036-CJN-1 |
| GINA MICHELLE BISIGNANO | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GINA MICHELLE BISIGNANO.

Date: 07/26/2023

*Attorney's signature*

CRAIG A. HARBAUGH (Bar. No. 194309)
*Printed name and bar number*

Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202

*Address*

Craig_Harbaugh@fd.org
*E-mail address*

(213) 894-2854
*Telephone number*

(213) 894-0081
*FAX number*