# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | No.: 21-cr-036 (CJN) |
| GINA BISIGNANO | : | |
| Defendant. | : | |

## STATUS REPORT REGARDING
## PROPOSED PRETRIAL SCHEDULE

The United States of America hereby submits the following status report regarding a pretrial schedule in this matter. Pursuant to the Court's instructions at the July 26, 2023 status conference, *see* July 26, 2023 Minute Entry, the parties have communicated regarding a mutually agreeable pretrial schedule. The parties have reached agreement on a number of pretrial deadlines, but the parties have been unable to reach agreement on three deadlines:

1. The United States' deadline to notice Rule 404(b) evidence. The United States proposes February 16, 2024. The defendant proposes January 16, 2024.

2. The United States' deadline to disclose *Brady* and *Giglio* material not already disclosed. The United States proposes March 15, 2024. The defendant proposes January 16, 2024.

3. The United States' deadline to disclose grand jury and Jencks Act material not already disclosed. The United States proposes March 15, 2024. The defendant proposes January 16, 2024.

The United States' proposed pretrial schedule is attached as Exhibit A. The defendant's proposed pretrial schedule is attached as Exhibit B, with changes from the United States' proposal highlighted.

                                      Respectfully submitted,

                                      MATTHEW M. GRAVES
                                      UNITED STATES ATTORNEY
                                      D.C. Bar No. 481052

By:     */s/ Anthony W. Mariano*
           ANTHONY W. MARIANO
           MA Bar No. 688559
           Trial Attorney, Detailee
           KIMBERLY L. PASCHALL
           D.C. Bar No. 1015665
           Assistant United States Attorney
           Capitol Siege Section
           601 D Street, N.W.,
           Washington, D.C. 20530
           (202) 476-0319
           Anthony.Mariano2@usdoj.gov
           (202) 252-2650
           Kimberly.Paschall@usdoj.gov