# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : No.: 21-cr-036 (CJN) |
| GINA BISIGNANO | : |
| Defendant. | : |

## UNOPPOSED MOTION FOR TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE

Defendant Gina M. Bisignano, by and through her undersigned counsel of record, hereby moves this Honorable Court for a temporary modification of her conditions of release. Ms. Bisignano's mother died unexpectedly on January 3, 2024. Ms. Bisignano respectfully requests that the Court grant her permission to travel from her home in Los Angeles, California to a home she owns in Mountain City, Tennessee, where her mother lived, to make arrangements for her mother's funeral, attend the funeral on January 6, 2024, and mourn with her family. Ms. Bisignano requests approval to depart Los Angeles on January 4, 2024 and return on approximately January 8, 2024, and be relieved of her home detention requirements while she is away from Los Angeles.

Ms. Bisignano previously pled guilty to the seven-count indictment, but was permitted to withdraw her guilty plea to count one, which charged a violation of 18 U.S.C. § 1512. She is currently on pretrial release with house arrest restrictions. Trial is scheduled for April 8, 2024. In support of this motion, Ms. Bisignano offers the following facts:

1. Ms. Bisignano was arrested and ordered released by the Magistrate Judge in the Central District of California, after a full detention hearing.

2.      Thereafter, Ms. Bisignano was advised that the government appealed the Magistrate Judge's decision on bond, and Ms. Bisignano turned herself in before the appeal was heard.

3.      Ms. Bisignano spent the next 38 days in custody. She was held primarily in solitary confinement in a jail in Oklahoma.

4.      On February 26, 2021, this Court ordered Ms. Bisignano released and placed her on house arrest.

5.      Ms. Bisignano is a United States citizen.

6.      Ms. Bisignano is a small business owner in Beverly Hills, California, where she has worked in the beauty industry for over 35 years.

7.      Ms. Bisignano has appeared at all of her scheduled court appearances, and remains in regular contact with her attorneys and Pretrial Services officers, as ordered.

8.      As of the time of filing of this motion, undersigned counsel represents that: (a) Ms. Bisignano's Pretrial Services Officer Da'Shanta' Valentine-Lewis, has been informed of this motion, but counsel has not yet received a response; (b) Ms. Bisignano's Pretrial Services Officers in Los Angeles Gregory Kwon and Marco McGuthrie have also been informed of this motion and do not oppose this request; (c) Assistant United States Attorneys Kimberly Paschall and Anthony Mariano have been informed of this motion and AUSA Paschall has informed undersigned counsel that the government does not oppose this motion.

/ /

/ /

/ /

WHEREFORE, for these reasons, Ms. Bisignano respectfully requests that this motion be granted, and that she be permitted to travel from Los Angeles, California to Mountain City, Tennessee for approximately one week (dates to be provided by Ms. Bisignano to pretrial services) to pay her respects to her mother and grieve with her family. While there, Ms. Bisignano requests that the Court suspend her home detention condition.

                    Respectfully submitted,

                    CUAUHTEMOC ORTEGA
                    Federal Public Defender

DATED: January 3, 2024        By  */s/ Jonathan C. Aminoff*

                    JONATHAN C. AMINOFF (Bar No. 259290)
                    (E Mail: Jonathan_Aminoff@fd.org)
                    CRAIG HARBAUGH (Bar. No. 194309)
                    (E Mail: Craig_harbaugh@fd.org)
                    Deputy Federal Public Defenders
                    Office of the Federal Public Defender, C.D. Cal
                    321 East Second Street
                    Los Angeles, California, 90012
                    Telephone: (213) 894-2854
                    Facsimile: (213) 894-0081

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No.: 21-cr-036 (CJN) |
| | : | |
| GINA BISIGNANO | : | |
| Defendant. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I hereby certify on the 3rd day of January 2024, a copy of same was electronically filed using the CM/ECF system, and thus delivered to the parties of record, and pursuant to the rules of the Clerk of Court:

> Kimberly L. Paschall
> Assistant United States Attorney
> D.C. Bar No. 1015665
> 555 4th Street, N.W.
> Room 4116
> Washington, D.C. 20530
> Phone: (202) 252-2650
> Email: Kimberly.Paschall@usdoj.gov

DATED:  January 3, 2024         By   */s/ Jonathan C. Aminoff*

> JONATHAN C. AMINOFF (Bar No. 259290)
> (E Mail:  Jonathan_Aminoff@fd.org)
> CRAIG HARBAUGH (Bar. No. 194309)
> (E Mail: Craig_harbaugh@fd.org)
> Deputy Federal Public Defenders
> Office of the Federal Public Defender, C.D. Cal
> 321 East Second Street
> Los Angeles, California, 90012
> Telephone: (213) 894-2854
> Facsimile: (213) 894-0081