UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No.: 21-cr-036 (CJN) |
| | : | |
| GINA BISIGNANO | : | |
|            Defendant. | : | |
| | : | |

## SUPPLEMENT TO UNITED STATES' MOTION TO REVOKE RELEASE ORDER

The United States of America, by and through its undersigned attorney, files this supplement to its Motion To Revoke Release Order (the "Motion"), ECF No. 80. In that filing, the United States noted, "the violations the United States has been able to report in this filing may well be only the tip of the iceberg of Bisignano's violative conduct and efforts to conceal it." *Id.* at 29. Just a day later, more evidence suggests this may be true.

On January 29, 2024, the United States received an unsolicited report of Gina Bisignano's active presence on TikTok, through the account @ginasbeverlyhills.[1] According to TikTok metrics, shown below as of January 29, 2024, the account has over 5,500 followers, has liked over 1,000 posts. And while the account markets Bisignano as a "Salon Owner," it also promotes her as a "Capitol Tourist 'J6.'" Bisignano's use of TikTok is yet another in a long line of Bisignano's violations of this Court's order.

---

[1] https://www.tiktok.com/@ginasbeverlyhills?lang=en.



A review of the account shows that Bisignano has used TikTok to promote herself as a "Capitol Tourist 'J6'" and a "J6 Patriot." For example, on June 2, 2022, Bisignano posted a video to TikTok with the caption "Gina Bisignano J6 Patriot." Exhibit 5.[2] Bisignano posted the video with the note, "Message me for a consultation."



---

[2] https://www.tiktok.com/@ginasbeverlyhills/video/7104731155655839022?lang=en.

Bisignano's June 2, 2022 TikTok video shows her complete disrespect for this Court's order, and underscores the extent to which she believes the rules do not apply to her. In the video, Bisignano begins with what may appear to be an advertisement for her business: "I am offering a, um, beauty tips, image consulting, for men or women, teenagers that are having problems with their skin, I can give you tips and tricks that'll help to clean your skin." Then, about 17 seconds into the video, the video cuts away from the image of Bisignano speaking and shows images of Bisignano participating in the riot at the Capitol on January 6, 2021. In this clip, Bisignano approaches the Capitol, as another individual uses a bullhorn to call out that "—have compromised the Capitol building . . . security has broken down." Bisignano calls out, "Yes!"



Bisignano then approaches a wall outside the Capitol and announces, "We're jumping the wall!" The video then cuts away from the January 6 riot and briefly shows Bisignano working at what appears to be a beauty salon. But after a few seconds, the video quickly cuts back to footage from

3

the Lower West Terrace. In that footage, Bisignano turns to the crowd and shouts, "Patriots, we're all together in this!"



The video then cuts back again to Bisignano directly addressing the camera: "I can tell you some of the most inexpensive drug store brands you can use that'll make your skin beautiful. I can show you how to do at-home waxing." The video then cuts back to the January 6 riot, showing footage of rioters engaged in a heave-ho push against police in the tunnel. The video is taken from the raised position Bisignano occupied at the front of the tunnel.



The video then cuts through multiple scenes of violence in the tunnel, in one instance with the camera turning directly to Bisignano's face.



The video then returns to Bisignano directly addressing the camera, discussing the work she can do for clients: "So just give me a call, or—and we'll schedule that appointment, and I'm going to be giving a portion of the proceeds to the J6 defendants, because God—gosh knows we need that. Thank you." The video then again cuts to violence in the tunnel, again taken from the raised position Bisignano occupied toward the front of the tunnel.



Notably, this video was posted to TikTok after Bisignano's conditions were modified by the Court at the August 4, 2021 plea hearing. At that hearing, as noted in the Motion, Bisignano requested modifications to her release conditions to allow her to promote her work through Instagram: "[T]hey book me through Instagram. So I had talked in length, you know, like -- I kind of need to show that I do nails. It's been hard for me. So I did ask, no politics, is there any way I could just show -- because they book me on the Instagram." Transcript of August 4, 2021 Plea Hearing, at 43. She added, "I don't talk about politics anymore." *Id.* Following this request, the

Court slightly modified Bisignano's release conditions to allow her to use Instagram "for the limited purpose of booking clients." *Id.* at 48.

This video—which predates the May 4, 2023 violation hearing but came to the attention of the United States only today—goes beyond a technical violation of Bisignano's conditions.[3] It underscores the degree to which Bisignano has endeavored to intentionally violate the Court's orders and evade detection. That Bisignano disguised the video celebrating the January 6 riot (and offering to give proceeds to "the J6 defendants") as one promoting her business is a clear challenge to the Court's authority, and abuses the benefit of the doubt the Court afforded Bisignano in allowing her to promote her business using Instagram.

## CONCLUSION

Bisignano has shown time and again that she has no respect for this Court's orders. For these reasons, and the reasons articulated in the Motion, the Court should grant the motion, issue a bench warrant for Bisignano, pursuant to 18 U.S.C. § 3148(b), for violating the conditions of her release, revoke her pretrial release order, and detain her pending sentencing for convicted conduct, including the Section 231 felony, and pending trial on her remaining counts.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   /s/
ANTHONY W. MARIANO
MA Bar No. 688559

---

[3] Although this conduct predates the May 4, 2023 hearing, it is an important incident in Bisignano's pattern of violations, which, as noted in the Motion, despite repeated warnings, have continued. Given restrictions on the use of TikTok on government devices, the government has been unable to confirm at this time whether Bisignano has posted on TikTok since the May 4, 2023 hearing. However, the government can confirm that her account still publicly exists as of this filing, and that the video discussed herein still appears on that account.

                Trial Attorney, Detailee
                KIMBERLY L. PASCHALL
                D.C. Bar No. 1015665
                Assistant United States Attorney
                Capitol Siege Section
                601 D Street, N.W.,
                Washington, D.C. 20530
                (202) 476-0319
                Anthony.Mariano2@usdoj.gov
                (202) 252-2650
                Kimberly.Paschall@usdoj.gov