# Exhibit 1

I, S▮▮▮▮ F▮▮▮▮▮, declare as follows:

1. My name is S▮▮▮▮ F▮▮▮▮▮. I am a supporter of the American Patriot Relief Foundation, a non-profit organization. I have worked with them on two fundraising projects where defendants where close to losing their homes. I have known Gina Michelle Bisignano for approximately 1 year.

2. In early 2024, I began thinking of Ms. Bisignano. I had been tracking her case online for some time, but had not seen any recent developments and grew concerned about Ms. Bisignano because I had not heard from her in some time.

3. In approximately mid-January, 2024, I called Ms. Bisignano on the telephone to check on her, and we talked for some time. Ms. Bisignano informed me that her mother had recently died and she was having some financial issues. I found Ms. Bisignano to be distraught with grief. I suggested to Ms. Bisignano that she apply for financial assistance from American Patriot Relief Foundation. American Patriot Relief Foundation is a non-profit organization that supports individuals and families who are being prosecuted by the United States for their attendance at the Capital on January 6, 2021. One of American Patriot Relief's primary goals is to provide financial assistance and to fund raise for people whose homes are going into foreclosure.

4. In the course of my above-mentioned conversation with Ms. Bisignano, I learned that Ms. Bisignano's mother had lived in Mountain City, Tennessee. Coincidentally, I have a friend who lives in ▮▮▮▮▮▮▮▮▮, and I told Ms. Bisignano that I thought he might be of some assistance to her in hopefully getting the house rented. Specifically, I believed my friend might be of assistance in helping to locate a property management company.

5. On Saturday, January 20, 2024, Ms. Bisignano called me. I was not expecting her call, and we had not arranged to speak on January 20, 2024. At the time she called, I was involved in a lengthy fundraising call that I was hosting on Twitter. I was using a newer smartphone to host the fundraising call, and I took Ms. Bisignano's call on a separate telephone. I told Ms. Bisignano that I was hosting a fundraising call, but I did not tell Ms. Bisignano that the call was taking place on Twitter. I have no reason to believe that Ms. Bisignano could have known at that time that I was speaking on a Twitter platform. I did not know that Ms. Bisignano was not supposed to be using social media. I placed my two telephones next to each other to allow Ms. Bisignano to address the fundraiser. Ms. Bisignano briefly spoke about her experience as a criminal defendant and her need for help in finding a renter for her house in Mountain City, Tennessee. She was on the call for approximately three minutes.

///

6. I am aware that Ms. Bisignano did, in fact, apply to American Patriot Relief for financial assistance. And I am aware that the American Patriot Relief board members denied her request on January 25, 2024. I then referred Ms. Bisignano to another fundraising crowdsource, who I thought might be able to help her.

I declare under penalty of perjury under the laws of the Untied States of American that the foregoing is true and correct to the best of my knowledge. Signed this _____ day of February, 2024.