# Exhibit 2

I, Hoang Quan, declare as follows:

1. My name is Hoang Quan. I am the Pastor of the Prisoner's Record church. We are a church and support group for anyone needing help in the justice system. We fellowship daily, meet in person when possible, and observe our Lord's communion weekly. I have a Master's Degree in Divinity, and I previously spent 5 years in seminary. I have served as a missionary and pastor and worked with hundreds of people in my capacity as a pastor. I know Gina Michelle Bisignano through my work as a pastor.

2. I started the Prisoner's Record as an online Church during the Covid epidemic to allow people to attend prayer groups, worship, and take part of a mutually supportive community that looks out for the interest of those undergoing trials in life and trials through the judicial and prison systems. The Prisoner's Record caters to anyone who wishes to attend on the condition that they not disrupt services for other congregants. While I do not cater to a particular political group, I do have congregants who are members of various political groups across the political spectrum.

3. Every weeknight at 9:00 p.m., I host a prayer call. I use the Telegram application to host my prayer calls because it allows my congregants some anonymity. I do not require participants to confirm their attendance in advance of the call. Congregants simply call in when they are able and either listen or actively join the prayer call.

4. In addition to prayer calls, I moderate an instant message thread on the Telegram application for my congregants. Congregants are free to post questions or prayers or whatever else is on their minds on the chat thread.

5. Gina Bisignano is one of my congregants. She frequently calls in to prayer calls and takes part in our services. When I first met Ms. Bisignano, I worried about her state of mind and grew deeply concerned for her well-being. I am well aware of the mental anguish that criminal defendants experience, and I consider myself and my online church to be a source of support and strength to my congregants. In the time she has been attending services, Ms. Bisignano has grown stronger, and I no longer have such concerns for her well-being.

6. I am aware that Ms. Bisignano is being accused of violating her release conditions, and specifically the ban on her social media usage. I do not consider my church to be a form of social media, but rather an online church. I certainly never warned my congregants that attending prayer calls would constitute a use of social media.

I declare under penalty of perjury under the laws of the Untied States of American that the foregoing is true and correct to the best of my knowledge.

Signed this __5th__ day of February 2024.

_____
Hoang Quan