AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:21-cr-00036-CJN-1 |
| GINA M. BISIGNANO | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Gina M. Bisignano                                                                                                                    .

Date:      02/08/2024

/s/ Holt Alden
*Attorney's signature*

Holt Alden CA SB# 338290
*Printed name and bar number*

Office of the Federal Public Defender
321 E 2nd St, Los Angeles
CA 90012-4202

*Address*

holt_alden@fd.org
*E-mail address*

(213) 894-4679
*Telephone number*

(213) 894-0081
*FAX number*