# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | No.: 21-cr-036 (CJN) |
| GINA BISIGNANO : | |
| Defendant. : | |

## STATUS REPORT REGARDING
## <u>PROPOSED PRETRIAL SCHEDULE</u>

The United States of America hereby submits the following status report regarding a pretrial schedule in this matter. Pursuant to the Court's instructions at the February 1, 2024 status conference, the parties have communicated regarding a mutually agreeable pretrial schedule. The parties have reached agreement on a number of pretrial deadlines, but the parties have been unable to reach agreement on several deadlines:

1. The United States' deadline to notice Rule 404(b) evidence. The United States proposes June 14, 2024. The defendant proposes April 1, 2024.

2. The United States' deadline to disclose *Brady* and *Giglio* material not already disclosed. The United States proposes June 28, 2024. The defendant proposes April 1, 2024.

3. The United States' deadline to disclose grand jury and Jencks Act material not already disclosed. The United States proposes June 28, 2024. The defendant proposes April 1, 2024.

4. The parties' deadlines for motions.

    a. Motions To Dismiss and Suppress. The United States proposes motions to dismiss and motions to suppress evidence be due on March 29, 2024. The

  defendant proposes May 3, 2024.

 b. Motions *in Limine*.  The United States proposes motions all other pretrial motions, including motions *in limine*, be due on June 7, 2024.  The defendant proposes May 3, 2024.

 c. Motions Regarding *Fischer v. United States*, 23-5572.  The United States proposes that any motion to dismiss premised on *Fischer* be due within two weeks of the Supreme Court's ruling.  The defendant proposes three weeks.

In light of the continuance of trial from April 8, 2024 to August 5, 2024, the United States' proposed schedule generally incorporates this Court's prior Pretrial Scheduling Order in this case, ECF No. 72, shifting all dates approximately four months later.  The United States' proposed pretrial schedule is attached as Exhibit A.  The defendant's proposed pretrial schedule is attached as Exhibit B, with changes from the United States' proposal highlighted.

      Respectfully submitted,

      MATTHEW M. GRAVES
      UNITED STATES ATTORNEY
      D.C. Bar No. 481052

By:  */s/ Anthony W. Mariano*
    ANTHONY W. MARIANO
    MA Bar No. 688559
    Trial Attorney, Detailee
    KIMBERLY L. PASCHALL
    D.C. Bar No. 1015665
    Assistant United States Attorney
    Capitol Siege Section
    601 D Street, N.W.,
    Washington, D.C. 20530
    (202) 476-0319
    Anthony.Mariano2@usdoj.gov
    (202) 252-2650
    Kimberly.Paschall@usdoj.gov