# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No.: 21-cr-036 (CJN) |
| | : | |
| GINA BISIGNANO | : | |
| Defendant. | : | |
| | : | |

## UNITED STATES' REQUEST FOR STATUS HEARING

The United States of America hereby submits the following request for the Court to hold a status hearing to address outstanding motions and the pretrial schedule in this matter. For the following reasons, the United States requests that the Court hold a telephonic status conference in this matter at its earliest convenience.

Trial in this matter is scheduled to commence August 5, 2024. *See* Minute Entry of February 1, 2024. At the Court's request, the parties provided proposed pretrial schedules, which reflected agreement by the parties on many deadlines, but disagreement on other deadlines. *See* ECF No. 85. The Court has not yet entered a pretrial schedule, and the deadlines proposed by the parties have begun to pass. For example, the United States' proposed pretrial schedule included a deadline that all motions to dismiss or suppress—other than any motion based on *Fischer v. United States*, 23-5572—be filed by March 29, 2024. ECF No. 85-1. The defendant's proposed pretrial schedule included a deadline for the United States to make all grand jury, Jencks Act, *Brady*, and Rule 404(b) disclosures by April 1, 2024. ECF No. 85-2. In order to ensure this matter remains on the anticipated trial schedule, the United States seeks clarity from the Court on its proposed pretrial schedule.

Additionally, on January 23, 2024, the Pretrial Services Agency for the District of

Columbia, provided notice to the Court of the defendant's violation of her conditions of pretrial release.  ECF No. 77.  Thereafter, the United States moved to revoke the defendant's release order and to detain the defendant pending trial.  ECF No. 80; *see also* ECF Nos. 81, 83.  The Court held hearings on the defendant's violations on February 1, 2024 and February 8.  Following these hearings, the Court took the government's motion to revoke under advisement.  Minute Entry of February 8, 2024.

In light of the August 5, 2024, trial date, the absence of a pretrial schedule in this case, and the pending motions regarding the defendant's release, the United States' respectfully requests that the Court hold a hearing to address these issues at its earliest convenience.

                                              Respectfully submitted,

                                              MATTHEW M. GRAVES
                                              UNITED STATES ATTORNEY
                                              D.C. Bar No. 481052

By:    */s/ Anthony W. Mariano*
        ANTHONY W. MARIANO
        MA Bar No. 688559
        Trial Attorney, Detailee
        KIMBERLY L. PASCHALL
        D.C. Bar No. 1015665
        Assistant United States Attorney
        Capitol Siege Section
        601 D Street, N.W.,
        Washington, D.C. 20530
        (202) 476-0319
        Anthony.Mariano2@usdoj.gov
        (202) 252-2650
        Kimberly.Paschall@usdoj.gov