# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No.: 21-cr-036 (CJN) |
| | : | |
| GINA MICHELLE BISIGNANO | : | |
| Defendant. | : | |
| | : | |

## JOINT MOTION FOR EXTENSION OF TIME
## TO FILE PRETRIAL MOTIONS

The United States of America and the Defendant hereby jointly move this Court for a one-week extension of the time to file pretrial motions and associated deadlines, to allow the parties to continue and resolve productive plea negotiations.

Following proposals from the parties, *see* ECF No. 85, the Court issued a Pretrial Scheduling Order on May 3, 2024. *See* ECF No. 87. In that Pretrial Scheduling Order, the Court included the following: "Parties shall file their pretrial motions (including motions *in limine*), if any, on or before **June 7, 2024**; oppositions shall be filed on or before **June 21, 2024**; and replies shall be filed on or before **June 28, 2024**." *Id.*

Recently, the parties have resumed discussions of a possible plea resolution regarding the outstanding charges offenses—Count One (18 U.S.C. § 1512(c)(2)) and Count Three (18 U.S.C. § 1361, 2). While the parties have not yet reached an agreement on a possible plea resolution, the parties agree that continued discussion may lead to a pretrial resolution of the remaining charges. The parties expect such negotiations will be concluded within approximately the next week. Accordingly, to allow the parties to continue productive plea negotiations and to prevent the filing of potentially unnecessary motions, the parties jointly move to extend the deadline for

filing pretrial motions, and associated deadlines, by approximately one week, as follows: "Parties shall file their pretrial motions (including motions *in limine*), if any, on or before **June 14, 2024**; oppositions shall be filed on or before **June 28, 2024**; and replies shall be filed on or before **July 5, 2024**."

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

By:    */s/ Anthony W. Mariano*
        ANTHONY W. MARIANO
        MA Bar No. 688559
        Trial Attorney, Detailee
        KIMBERLY L. PASCHALL
        D.C. Bar No. 1015665
        Assistant United States Attorney
        Capitol Siege Section
        601 D Street, N.W.,
        Washington, D.C. 20530
        (202) 476-0319
        Anthony.Mariano2@usdoj.gov
        (202) 252-2650
        Kimberly.Paschall@usdoj.gov