UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            :
UNITED STATES OF AMERICA       :
                                            :
v.                                          :     No.: 21-cr-036 (CJN)
                                            :
GINA BISIGNANO                    :
                    Defendant.          :
_____:

**DEFENDANT GINA BISIGNANO'S NOTICE OF PUBLIC AUTHORITY DEFENSE**

Defendant Gina M. Bisignano, by and through her undersigned counsel of record, hereby gives notice pursuant to Federal Rule of Criminal Procedure 12.3 that she may assert as a defense at trial that she was acting under public authority.

Rule 12.3(a) provides:

**(1) Notice in General.** If a defendant intends to assert a defense of actual or believed exercise of public authority on behalf of a law enforcement agency or federal intelligence agency at the time of the alleged offense, the defendant must so notify an attorney for the government in writing and must file a copy of the notice with the clerk within the time provided for filing a pretrial motion, or at any later time the court sets. The notice filed with the clerk must be under seal if the notice identifies a federal intelligence agency as the source of public authority.

**(2) Contents of Notice.** The notice must contain the following information:
(A) the law enforcement agency or federal intelligence agency involved;
(B) the agency member on whose behalf the defendant claims to have acted; and
(C) the time during which the defendant claims to have acted with public authority.

A public authority defense is grounded in the due process clause and the notice requirements listed in the Federal Rules of Criminal Procedure. *See* Fed. R. Crim. P. 12.3. The foundation of the defense is that it offends due process to convict an individual who was acting

1

upon authorization of a government official. *See United States v. Doe*, 705 F.3d 1134, 1145 (9th Cir. 2013) (citing *United States v. Jumah*, 493 F.3d 868 (7th Cir. 2007)).

The D.C. Circuit's opinion in *United States v. Barker*, 546 F.2d 940 (D.C. Cir. 1976), is instructive. In *Barker*, the defendants were recruited to participate in a purported national security operation led by a White House official, whom the defendants had known previously as a CIA agent. *Id.* at 949. In reversing the defendants' convictions, the court of appeals identified an exception to the mistake of law rule that allows exoneration of a defendant who relied on government authority. *Id.* at 947-51.

/ /

/ /

In accordance with Rule 12.3, Ms. Bisignano is noticing the following:

(A) The law enforcement agency or federal intelligence agency involved: The Executive Branch;

(B) the agency member on whose behalf the defendant claims to have acted: Former President Donald Trump; and

(C) the time during which the defendant claims to have acted with public authority: On or about January 6, 2021.

                              Respectfully submitted,

                              CUAUHTEMOC ORTEGA
                              Federal Public Defender

DATED: June 14, 2024          /s/ *Holt Ortiz Alden*
                              JONATHAN C. AMINOFF (Bar No. 259290)
                              (E Mail: Jonathan_Aminoff@fd.org)
                              HOLT ORTIZ ALDEN (Bar No. 338290)
                              (E Mail: Holt_Alden@fd.org)
                              Deputy Federal Public Defenders
                              Office of the Federal Public Defender, C.D. Cal
                              321 East Second Street
                              Los Angeles, California, 90012
                              Telephone: (213) 894-2854
                              Facsimile: (213) 894-0081

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

UNITED STATES OF AMERICA            :
                                    :
v.                                  :   No.: 21-cr-036 (CJN)
                                    :
GINA BISIGNANO                      :
            Defendant.              :
_____      :

### CERTIFICATE OF SERVICE

I hereby certify on the 14th day of June 2024, a copy of same was electronically filed using the CM/ECF system, and thus delivered to the parties of record, and pursuant to the rules of the Clerk of Court:

> Kimberly L. Paschall
> Assistant United States Attorney
> D.C. Bar No. 1015665
> 555 4th Street, N.W.
> Room 4116
> Washington, D.C. 20530
> Phone: (202) 252-2650
> Email: Kimberly.Paschall@usdoj.gov

DATED:  June 14, 2024            /s/ Holt Ortiz Alden
                                 _____
                                 HOLT ORTIZ ALDEN (Bar No. 338290)
                                 (E Mail:  Holt_Alden@fd.org)
                                 Deputy Federal Public Defender
                                 Office of the Federal Public Defender, C.D. Cal
                                 321 East Second Street
                                 Los Angeles, California, 90012
                                 Telephone: (213) 894-2854
                                 Facsimile: (213) 894-0081