UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No.: 21-cr-036 (CJN) |
| | : | |
| GINA BISIGNANO | : | |
|                 Defendant. | : | |

### **DEFENDANT GINA BISIGNANO'S MOTION TO EXTEND DEADLINES**

Defendant Gina M. Bisignano, by and through her undersigned counsel of record, hereby moves this Honorable Court for an order extending deadlines. In support of its motion, the defense states as follows:

On January 29, 2021, Ms. Bisignano was charged, via indictment, with 7 counts of criminal wrongdoing associated with the events of January 6, 2021 at the United States Capitol. Pursuant to the previously filed plea agreement, Ms. Bisignano pled guilty to 6 of the 7 criminal counts. However, Ms. Bisignano subsequently withdrew her plea to count 1, charging a violation of 18 U.S.C. § 1512(c)(2).

Trial in this matter is scheduled for August 5, 2024 on counts 1 and 3, the latter of which charges a violation of 18 U.S.C. § 1361.

In accordance with the Court's previously issued amended pretrial scheduling order (Dkt. No. 89), pretrial motions were due on June 14, 2024. The Government timely filed its omnibus motions *in limine* on June 14, 2024. (Dkt. No. 91). Ms. Bisignano's opposition is due on June 28, 2024.

The parties have been engaging in settlement discussions. The defense is confident that the case will resolve absent a trial, but the specific resolution will hinge in large part on the

Supreme Court's pending decision in *Fischer v. United States*, 23-5572.  As a result, the defense requests to extend the deadline for Ms. Bisignano's oppositions to align that date with the due date for motions concerning *Fischer v. United States*, 23-5572.  Accordingly, the defense respectfully requests that the Court vacate the June 28, 2024 deadline and instead require that any oppositions to pretrial motions be filed jointly with any motions to dismiss based on a ruling by the Supreme Court in *Fischer v. United States*, 23-5572, and such filing be due within ten days of the Supreme Court's decision in *Fischer*.

     Defense counsel has discussed this proposal with counsel for the government, Assistant United States Attorneys Kimberly Paschall and Anthony Mariano, and understand that the government does not oppose this request.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED:  June 27, 2024  By  */s/ Jonathan C. Aminoff*

JONATHAN C. AMINOFF (Bar No. 259290)
(E Mail:  Jonathan_Aminoff@fd.org)
HOLT ORTIZ ALDEN (Bar No. 338290)
(E Mail: Holt_Alden@fd.org)
Deputy Federal Public Defenders
Office of the Federal Public Defender, C.D. Cal
321 East Second Street
Los Angeles, California, 90012
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | No.: 21-cr-036 (CJN) |
| GINA BISIGNANO : | |
| Defendant. : | |

## CERTIFICATE OF SERVICE

I hereby certify on June 27, 2024, a copy of same was electronically filed using the CM/ECF system, and thus delivered to the parties of record, and pursuant to the rules of the Clerk of Court:

    Kimberly L. Paschall
    Assistant United States Attorney
    D.C. Bar No. 1015665
    555 4th Street, N.W.
    Room 4116
    Washington, D.C. 20530
    Phone: (202) 252-2650
    Email: Kimberly.Paschall@usdoj.gov

DATED: June 27, 2024    By  */s/ Jonathan C. Aminoff*

    JONATHAN C. AMINOFF (Bar No. 259290)
    (E Mail: Jonathan_Aminoff@fd.org)
    Deputy Federal Public Defenders
    Office of the Federal Public Defender, C.D. Cal
    321 East Second Street
    Los Angeles, California, 90012
    Telephone: (213) 894-2854
    Facsimile: (213) 894-0081

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | No.: 21-cr-036 (CJN) |
| : | |
| GINA BISIGNANO : | |
| Defendant. : | |

## ORDER

Upon consideration of Defendant's Motion to Extend Deadlines, and for good cause shown, it is hereby ORDERED that Defendant's Motion to Extend Deadlines is GRANTED. The June 28, 2024 deadline for oppositions to the government's pretrial motions is extended to coincide with the deadline for motions to dismiss based on the Supreme Court's pending decision in *Fischer v. United States*, 23-5572. The parties shall file any oppositions to pretrial motions and any motions to dismiss based on *Fischer* within ten days of the issuance of the Supreme Court's decision in *Fischer*. Replies to the oppositions to the pretrial motions shall be filed one week later. Oppositions to any motions regarding the *Fischer* decision shall be filed within ten days of any motion, and any replies shall be filed within five days of any opposition.

SO ORDERED this _____ day of _____, 2024.

_____
The Honorable Carl John Nichols
United States District Court Judge