UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No.: 21-cr-036 (CJN) |
| | : | |
| GINA BISIGNANO | : | |
|           Defendant. | : | |
| | : | |

### UNOPPOSED MOTION FOR TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE

Defendant Gina M. Bisignano, by and through her undersigned counsel of record, hereby moves this Honorable Court for a temporary modification of her conditions of release. Ms. Bisignano's father suffers from Alzheimer's disease, which is progressing rapidly. Ms. Bisignano respectfully requests that the Court grant her permission to travel from her home in Los Angeles, California to Florida, where her father lives, to visit him along with several other members of her family. Ms. Bisignano further requests to be relieved of her home detention requirements while she is away from Los Angeles.

Ms. Bisignano previously pled guilty to the seven-count indictment, but was permitted to withdraw her guilty plea to count one, which charged a violation of 18 U.S.C. § 1512. She is currently on pretrial release with house arrest restrictions. Trial is scheduled for August 5, 2024. In support of this motion, Ms. Bisignano offers the following facts:

1. Ms. Bisignano was arrested and ordered released by the Magistrate Judge in the Central District of California, after a full detention hearing.

2. Thereafter, Ms. Bisignano was advised that the government appealed the Magistrate Judge's decision on bond, and Ms. Bisignano turned herself in before the appeal was heard.

1

3. Ms. Bisignano spent the next 38 days in custody. She was held primarily in solitary confinement in a jail in Oklahoma.

4. On February 26, 2021, this Court ordered Ms. Bisignano released and placed her on house arrest.

5. Ms. Bisignano is a United States citizen.

6. Ms. Bisignano is a small business owner in Beverly Hills, California, where she has worked in the beauty industry for over 35 years.

7. Ms. Bisignano has appeared at all of her scheduled court appearances, and remains in regular contact with her attorneys and Pretrial Services officers, as ordered.

8. Ms. Bisignano has previously been permitted to travel to attend family functions without incident.

9. As of the time of filing of this motion, undersigned counsel represents that: (a) Ms. Bisignano's Pretrial Services Officer Da'Shanta' Valentine-Lewis, has been informed of this motion, and defers to the Court; (b) Assistant United States Attorneys Kimberly Paschall and Anthony Mariano have been informed of this motion and AUSA Mariano has informed undersigned counsel that the government does not oppose this motion.

/ /// /

WHEREFORE, for these reasons, Ms. Bisignano respectfully requests that this motion be granted, and that she be permitted to travel from Los Angeles, California to Florida for approximately one week (dates to be provided by Ms. Bisignano to pretrial services) to visit her ailing father. While there, Ms. Bisignano requests that the Court suspend her home detention condition.

                                                Respectfully submitted,

                                                CUAUHTEMOC ORTEGA
                                                Federal Public Defender

DATED: July 3, 2024                By  */s/ Jonathan C. Aminoff*

                                                JONATHAN C. AMINOFF (Bar No. 259290)
                                                (E Mail: Jonathan_Aminoff@fd.org)
                                                Deputy Federal Public Defender
                                                Office of the Federal Public Defender, C.D. Cal
                                                321 East Second Street
                                                Los Angeles, California, 90012
                                                Telephone: (213) 894-2854
                                                Facsimile: (213) 894-0081

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No.: 21-cr-036 (CJN) |
| | : | |
| GINA BISIGNANO | : | |
| Defendant. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I hereby certify on the 3nd day of July 2024, a copy of same was electronically filed using the CM/ECF system, and thus delivered to the parties of record, and pursuant to the rules of the Clerk of Court:

>Kimberly L. Paschall
>Assistant United States Attorney
>D.C. Bar No. 1015665
>555 4th Street, N.W.
>Room 4116
>Washington, D.C. 20530
>Phone: (202) 252-2650
>Email: Kimberly.Paschall@usdoj.gov


DATED: July 2, 2024          By  */s/ Jonathan C. Aminoff*

>JONATHAN C. AMINOFF (Bar No. 259290)
>(E Mail:  Jonathan_Aminoff@fd.org)
>Deputy Federal Public Defender
>Office of the Federal Public Defender, C.D. Cal
>321 East Second Street
>Los Angeles, California, 90012
>Telephone: (213) 894-2854
>Facsimile: (213) 894-0081

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No.: 21-cr-036 (CJN) |
| | : | |
| GINA BISIGNANO | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Upon consideration of Defendant's Motion for Temporary Modification of Conditions of Release, and for good cause shown, it is hereby ORDERED that Defendant's Motion for Temporary Modification of Conditions of Release is GRANTED; and it is FURTHER ORDERED that Defendant Gina Bisignano may travel from Los Angeles, California to Florida for approximately one week (dates to be provided by defendant to pretrial services) and the Court's prior order of home detention shall be suspended during this period.

It is FURTHER ORDERED that the Clerk forward a copy of this Order to all counsel of record. SO ORDERED this _____ day of _____, 2024.


_____
Carl John Nichols
United States District Court Judge