UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE. NO. 21-cr-036 (CJN) |
| | : | |
| | : | |
| GINA MICHELLE BISIGNANO, | : | |
| | : | |
| Defendant. | : | |

## MOTION TO EXTEND DEADLINES

The United States, by and through its attorney, the United States Attorney for the District of Columbia, file this motion to extend the deadline to file the joint pretrial statement on Friday, July 12, to exchange exhibits on Monday, July 15, and to respond to defendant's motion to dismiss (ECF No. 87) on Thursday, July 18, in anticipation of a resolution of the case short of trial. The defense consents in part and opposes in part, as explained below. In support of this motion, the government states as follows:

On January 29, 2021, the defendant was charged, via indictment, with seven counts based on her actions on January 6, 2021 at the United States Capitol. ECF No. 10. Pursuant to the previously filed plea agreement, the defendant pled guilty to six of the seven criminal counts on August 4, 2021. ECF No. 37-39. The defendant subsequently withdrew her plea to Count 1, charging a violation of 18 U.S.C. § 1512(c)(2) on May 20, 2022. ECF No. 51. Trial in this matter was then scheduled for August 5, 2024 on Counts 1 and 3, the latter of which charges a violation of 18 U.S.C. § 1361. This Court issued a pretrial scheduling order requiring the parties to file a detailed pretrial statement, exchange exhibits, and respond to the defendant's motion to dismiss because of the decision in *Fischer v. United States*. ECF No. 89.

1

The parties are still actively discussing a resolution to this case short of trial. However, to finalize the contours of any potential resolution, and continue to receive appropriate guidance in light of *Fischer*, the government requests an extension of one week for all deadlines. The government has conferred with the defense, who agree to extension of the pre-trial statement and exchange of exhibits deadlines, but oppose the extension of the government's deadline to respond to the motion to dismiss.

Accordingly, the government respectfully requests that the deadlines to respond to the defendant's motion to dismiss, file joint pretrial statement, and exchange exhibits be extended by one week so the parties can finalize the resolution of this case short of trial.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


   /s/
KIMBERLY L. PASCHALL
Assistant United States Attorney
National Security Section
D.C. Bar No. 1015665
601 D Street, N.W.,
Washington, D.C. 20530
202-252-2650
Kimberly.paschall@usdoj.gov
