# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No.: 21-cr-036 (CJN) |
| | : | |
| GINA BISIGNANO | : | |
|           Defendant. | : | |
| | : | |

## DEFENDANT GINA BISIGNANO'S UNOPPOSED MOTION FOR PAYMENT OF TRAVEL EXPENSES PURSUANT TO 18 U.S.C. § 4285

    Defendant Gina M. Bisignano, by and through her undersigned counsel of record, hereby moves this Court to enter the attached Order, which will authorize and direct the Marshal to make travel arrangements designed to bring her from Palm Beach, Florida, where she shall be temporarily caring for her father, to this jurisdiction for her change of plea hearing on August 5, 2024, at 11:00 a.m. Government counsel does not oppose this motion.

    Ms. Bisignano has previously been determined to be financially indigent and to qualify for court appointed counsel. Pursuant to 18 U.S.C. § 4285, this Court may

> direct the United States marshal to arrange for [an indigent defendant's] means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required, and in addition may direct the United States marshal to furnish that person with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code.

1

Accordingly, we respectfully request that the Court enter the attached Order directing the U.S. Marshal to make appropriate arrangements to facilitate her appearance in court as indicated in the attached order.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: July 22, 2024          By  */s/ Jonathan C. Aminoff*

JONATHAN C. AMINOFF (Bar No. 259290)
(E Mail:  Jonathan_Aminoff@fd.org)
HOLT ALDEN
(E Mail:  Holt_Alden@fd.org)
Deputy Federal Public Defenders
Office of the Federal Public Defender, C.D. Cal
321 East Second Street
Los Angeles, California, 90012
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No.: 21-cr-036 (CJN) |
| | : | |
| GINA BISIGNANO | : | |
| Defendant. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I hereby certify on the 22nd day of July 2024, a copy of same was electronically filed using the CM/ECF system, and thus delivered to the parties of record, and pursuant to the rules of the Clerk of Court:

>Kimberly L. Paschall
>Assistant United States Attorney
>D.C. Bar No. 1015665
>555 4th Street, N.W.
>Room 4116
>Washington, D.C. 20530
>Phone: (202) 252-2650
>Email: Kimberly.Paschall@usdoj.gov

DATED: July 22, 2024        By   */s/ Jonathan C. Aminoff*

>JONATHAN C. AMINOFF (Bar No. 259290)
>(E Mail:  Jonathan_Aminoff@fd.org)
>Deputy Federal Public Defender
>Office of the Federal Public Defender, C.D. Cal
>321 East Second Street
>Los Angeles, California, 90012
>Telephone: (213) 894-2854
>Facsimile: (213) 894-0081

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : No.: 21-cr-036 (CJN) |
| GINA BISIGNANO | : |
| Defendant. | : |

# ORDER

Good cause having been shown, it is this ___ day of July, 2024, it is

**ORDERED** that pursuant to 18 U.S.C. § 4285, the U.S. Marshal's Service is directed to arrange for noncustodial transportation of the defendant, Gina Bisignano, from Palm Beach, Florida, to this jurisdiction, and to provide appropriate advances and/or reimbursement costs for related hotel and incidental expenses while traveling to and from her destination. The change of plea hearing is scheduled for August 5, 2024, at 11:00 a.m.

THE COURT:

_____
THE HONORABLE CARL J. NICHOLS
United States District Court Judge