UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | No.: 21-cr-036 (CJN) |
| : | |
| GINA BISIGNANO : | |
| Defendant. : | |

## MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE

Defendant Gina M. Bisignano, by and through her undersigned counsel of record, hereby moves this Honorable Court for a modification of her conditions of release. Ms. Bisignano respectfully requests that the Court grant a modification removing the home detention condition and put her on a curfew, or in the alternative that Ms. Bisignano stays on home detention but be permitted to make house calls as part of her work.

Ms. Bisignano previously pled guilty to six of the counts contained in the seven-count indictment, but was permitted to withdraw her guilty plea to count one, which charged a violation of 18 U.S.C. § 1512. The government has since moved to dismiss count one, and Ms. Bisignano is scheduled to plead guilty to the final count and be sentenced on November 7, 2024. She is currently on pretrial release with house arrest restrictions. In support of this motion, Ms. Bisignano offers the following facts:

1. Ms. Bisignano was arrested and ordered released by the Magistrate Judge in the Central District of California, after a full detention hearing.

2. Thereafter, Ms. Bisignano was advised that the government appealed the Magistrate Judge's decision on bond, and Ms. Bisignano turned herself in before the appeal was heard.

1

3.     Ms. Bisignano spent the next 38 days in custody.  She was held primarily in solitary confinement in a jail in Oklahoma.

4.     On February 26, 2021, this Court ordered Ms. Bisignano released and placed her on house arrest.

5.     Ms. Bisignano is a United States citizen.

6.     Ms. Bisignano is a small business owner in Beverly Hills, California, where she has worked in the beauty industry for over 35 years.  Ms. Bisignano is permitted to meet her clients at a local salon to perform beauty services, and up until recently was permitted to also meet clients at their homes, but required to provide proof that she was working.  As a result of a change in policy, and nothing to do with Ms. Bisignano's compliance with her bond conditions, she is no longer allowed to make house calls and is much more limited in her movements.

7.     Ms. Bisignano has appeared at all of her scheduled court appearances except for the August 5, 2024 appearance from which she was excused due to weather conditions.  Ms. Bisignano remains in regular contact with her attorneys and Pretrial Services officers, as ordered.

8.     Ms. Bisignano has previously been permitted to travel to attend family functions without incident.

9.     As of the time of filing of this motion, undersigned counsel represents that: (a) Ms. Bisignano's Pretrial Services Officer Da'Shanta' Valentine-Lewis, has been informed of this motion, and defers to the Court; (b) Assistant United States Attorneys Kimberly Paschall and Anthony Mariano have been informed of this motion and similarly defer to the Court.

/ /// /

WHEREFORE, for these reasons, Ms. Bisignano respectfully requests that this motion be granted, and that Ms. Bisignano be put on a curfew, or in the alternative that she stays on home detention but be permitted to make house calls as part of her work.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: August 13, 2024        By  */s/ Jonathan C. Aminoff*

JONATHAN C. AMINOFF (Bar No. 259290)
(E Mail:  Jonathan_Aminoff@fd.org)
HOLT ALDEN
(E Mail:  Holt_Alden@fd.org)
Deputy Federal Public Defenders
Office of the Federal Public Defender, C.D. Cal
321 East Second Street
Los Angeles, California, 90012
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | No.: 21-cr-036 (CJN) |
| GINA BISIGNANO : | |
| Defendant. : | |

### **ORDER**

Upon consideration of Defendant's Motion for Modification of Conditions of Release, and for good cause shown, it is hereby ORDERED that Defendant's Motion for Modification of Conditions of Release is GRANTED; and it is FURTHER ORDERED that:

Defendant Gina Bisignano be put on a curfew;

OR

Defendant Gina Bisignano shall remain on home detention, but be permitted to make house calls as part of her work.

It is FURTHER ORDERED that the Clerk forward a copy of this Order to all counsel of record. SO ORDERED this _____ day of _____, 2024.

_____
Carl John Nichols
United States District Court Judge