UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

UNITED STATES OF AMERICA        :
                                :
v.                              :    No.: 21-cr-036 (CJN)
                                :
GINA BISIGNANO                  :
           Defendant.           :
_____:

## UNOPPOSED MOTION FOR TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE

Defendant Gina M. Bisignano, by and through her undersigned counsel of record, hereby moves this Honorable Court for a temporary modification of her conditions of release. Ms. Bisignano respectfully requests that the Court grant her permission to travel from her home in Los Angeles, California to Florida, where her father lives, to visit him along with several other members of her family. Ms. Bisignano further requests to be relieved of her home detention requirements while she is away from Los Angeles.

Ms. Bisignano previously pled guilty to six of the seven counts contained in the indictment, but was permitted to withdraw her guilty plea to count one, which charged a violation of 18 U.S.C. § 1512. She is currently on pretrial release with house arrest restrictions. She is scheduled to plead guilty to the remaining count and be sentenced on January 16, 2025. In support of this motion, Ms. Bisignano offers the following facts:

1. Ms. Bisignano was arrested and ordered released by the Magistrate Judge in the Central District of California, after a full detention hearing.

2. Thereafter, Ms. Bisignano was advised that the government appealed the Magistrate Judge's decision on bond, and Ms. Bisignano turned herself in before the appeal was heard.

1

3. Ms. Bisignano spent the next 38 days in custody. She was held primarily in solitary confinement in a jail in Oklahoma.

4. On February 26, 2021, this Court ordered Ms. Bisignano released and placed her on house arrest.

5. Ms. Bisignano is a United States citizen.

6. Ms. Bisignano is a small business owner in Beverly Hills, California, where she has worked in the beauty industry for over 35 years.

7. Ms. Bisignano has appeared at all of her scheduled court appearances (with one exception due to circumstances beyond her control) and remains in regular contact with her attorneys and Pretrial Services officers, as ordered.

8. Ms. Bisignano has previously been permitted to travel to attend family functions without incident. Ms. Bisignano's father is suffering from Alzheimer's Disorder, and his condition is worsening.

9. As of the time of filing of this motion, undersigned counsel represents that: (a) Ms. Bisignano's Pretrial Services Officer Da'Shanta' Valentine-Lewis, has been informed of this motion, and defers to the Court; (b) Ms. Bisignano's Los Angeles-based Pretrial Services Officer Marco McGuthrie does not oppose this request; (c) Assistant United States Attorneys Kimberly Paschall and Anthony Mariano have been informed of this motion and AUSA Paschall has informed undersigned counsel that the government does not oppose this motion.

/ /// /

WHEREFORE, for these reasons, Ms. Bisignano respectfully requests that this motion be granted, and that she be permitted to travel from Los Angeles, California to Florida for approximately one week, and to provide the dates of travel to her pretrial services officers. While there, Ms. Bisignano requests that the Court suspend her home detention condition.

                Respectfully submitted,

                CUAUHTEMOC ORTEGA
                Federal Public Defender

DATED: October 31, 2024      By  /s/ Jonathan C. Aminoff
                JONATHAN C. AMINOFF (Bar No. 259290)
                (E Mail: Jonathan_Aminoff@fd.org)
                HOLT ALDEN
                (E Mail: Holt_Alden@fd.org)
                Deputy Federal Public Defenders
                Office of the Federal Public Defender, C.D. Cal
                321 East Second Street
                Los Angeles, California, 90012
                Telephone: (213) 894-2854
                Facsimile: (213) 894-0081

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
:
UNITED STATES OF AMERICA          :
:
v.                                : No.: 21-cr-036 (CJN)
:
GINA BISIGNANO                    :
        Defendant.       :
_____:

**CERTIFICATE OF SERVICE**

    I hereby certify on the 31th day of October 2024, a copy of same was electronically filed using the CM/ECF system, and thus delivered to the parties of record, and pursuant to the rules of the Clerk of Court:

        Kimberly L. Paschall
        Assistant United States Attorney
        D.C. Bar No. 1015665
        555 4th Street, N.W.
        Room 4116
        Washington, D.C. 20530
        Phone: (202) 252-2650
        Email: Kimberly.Paschall@usdoj.gov

DATED: October 31, 2024    By  /s/ Jonathan C. Aminoff
                                         JONATHAN C. AMINOFF (Bar No. 259290)
                                         (E Mail: Jonathan_Aminoff@fd.org)
                                         HOLT ALDEN
                                         (E Mail: Holt_Alden@fd.org)
                                         Deputy Federal Public Defenders
                                         Office of the Federal Public Defender, C.D. Cal
                                         321 East Second Street
                                         Los Angeles, California, 90012
                                         Telephone: (213) 894-2854
                                         Facsimile: (213) 894-0081

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    :
UNITED STATES OF AMERICA            :
                                    :
v.                                  :      No.: 21-cr-036 (CJN)
                                    :
GINA BISIGNANO                      :
         Defendant.                 :
_____ :

## ORDER

Upon consideration of Defendant's Motion for Temporary Modification of Conditions of Release, and for good cause shown, it is hereby ORDERED that Defendant's Motion for Temporary Modification of Conditions of Release is GRANTED; and it is FURTHER ORDERED that Defendant Gina Bisignano may travel from Los Angeles, California to Florida for approximately one week, dates to be provided to pretrial services, and the Court's prior order of home detention shall be suspended during this period.

It is FURTHER ORDERED that the Clerk forward a copy of this Order to all counsel of record. SO ORDERED this _____ day of _____, 2024.


_____
Carl John Nichols
United States District Court Judge