UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No.: 21-cr-036 (CJN) |
| | : | |
| GINA BISIGNANO | : | |
|            Defendant. | : | |
| | : | |

**DEFENDANT GINA BISIGNANO'S MOTION TO CONTINUE
SENTENCING HEARING**

Defendant Gina M. Bisignano, by and through her undersigned counsel of record, hereby moves this Honorable Court for a an order continuing the sentencing hearing from January 16, 2025 to March 27, 2025. The government opposes Ms. Bisignano's request for a continuance.

In support of its motion, the defense states as follows:

Pursuant to a written plea agreement, Ms. Bisignano previously pled guilty to six of the seven counts in the indictment.  She was subsequently permitted to withdraw her guilty plea to count one, which charged a violation of 18 U.S.C. § 1512.  She is currently on pretrial release with house arrest restrictions.

Following the Supreme Court's decision in *United States v. Fischer*, 144 S. Ct. 2176 (2024), the government indicated it would abandon the § 1512 count, but moved the Court to find Ms. Bisignano in breach of her plea agreement such that they could pursue count three, the lone outstanding count in the indictment.  The defense opposed the government's motion but expressed Ms. Bisignano's intent to plead guilty to count three.  The Court set a change of plea hearing for August 5, 2024.

1

The parties appeared before the Court on August 5, 2024. Ms. Bisignano, however, had to appear remotely because her flight was cancelled. Due to Ms. Bisignano's remote appearance, the Court heard argument on the government's motion regarding breach, but continued the change of plea hearing. The defense proposed to merge the change of plea and sentencing hearings, and the Court set November 7, 2024 as the date for the combined change of plea and sentencing hearing.

On October 3, 2024, the United State Probation Office filed a request to delay the sentencing until January 2025 based on "unforeseen and extenuating circumstances." Dkt. 104. The Court granted the probation office's request and extended the sentencing hearing to January 16, 2025.

Defense counsel is unable to proceed on that date. Ms. Bisignano is represented by Jonathan Aminoff and Holt Alden of the Office of the Federal Public Defender for the Central District of California. DFPD Aminoff is unable to appear on January 16, 2025 because DFPD Aminoff will be starting a trial in another matter on January 14, 2025 in Los Angeles, California. In that case, the government estimates that its case-in-chief will last at least two weeks. DFPD Alden is similarly occupied with other matters and has a sentencing hearing scheduled on January 17, 2025 at 8:30 a.m. in Los Angeles, California.

//
//
//

I am therefore requesting that the sentencing hearing be continued to April 3, 2025, with governments sentencing position due on March 26, 2025 and defendants position due on March 31, 2025.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: November 20, 2024       By  */s/ Jonathan C. Aminoff*

JONATHAN C. AMINOFF (Bar No. 259290)
(E Mail:  Jonathan_Aminoff@fd.org)
Deputy Federal Public Defender
Office of the Federal Public Defender, C.D. Cal
321 East Second Street
Los Angeles, California, 90012
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No.: 21-cr-036 (CJN) |
| | : | |
| GINA BISIGNANO | : | |
|         Defendant. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I hereby certify on the 20th day of November 2024, a copy of same was electronically filed using the CM/ECF system, and thus delivered to the parties of record, and pursuant to the rules of the Clerk of Court:

    Kimberly L. Paschall
    Assistant United States Attorney
    D.C. Bar No. 1015665
    555 4th Street, N.W.
    Room 4116
    Washington, D.C. 20530
    Phone: (202) 252-2650
    Email: Kimberly.Paschall@usdoj.gov

DATED: November 20, 2024     By    */s/ Jonathan C. Aminoff*

                                              JONATHAN C. AMINOFF (Bar No. 259290)
                                              (E Mail: Jonathan_Aminoff@fd.org)
                                              Deputy Federal Public Defender
                                              Office of the Federal Public Defender, C.D. Cal
                                              321 East Second Street
                                              Los Angeles, California, 90012
                                              Telephone: (213) 894-2854
                                              Facsimile: (213) 894-0081